UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 A 9: 17

| | | |
|---|---|---|
| RAMON LOPEZ | : | PRISONER<br>CIVIL NO. 3:02CV1020 (RNC)(DFM) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | OCTOBER 16, 2003 |

## DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT DATED AUGUST 1, 2002 WITH AFFIRMATIVE DEFENSES

**As To All Counts:**

**Preliminary Statement**

The Statement is denied.

1. Paragraphs 1-3 are denied.

2. As to paragraph 4, the defendants admit that the plaintiff is and was at all times referenced in the Amended Complaint, a sentenced inmate incarcerated at the Northern Correctional Institution. The rest and remainder of the allegations are denied.

3. As to paragraphs 5-24, the defendants admit that the remaining defendants, following the Court's ruling on the Motion to Dismiss, i.e., Smiley, Farley, Salius, Galinsky and Stewart, were, at all times referenced in the Complaint, employees of the Connecticut Department of Correction assigned to the Northern Correctional Institution. The rest and remainder of the allegations are denied.

4. As to paragraph 25, the defendants admit that they acted under color of state law at all times referenced in the Amended Complaint. The rest and remainder of the allegations are denied.

5. Paragraphs 26-41 have been dismissed.

6.  As to paragraphs 42-69, as to the remaining defendants on the remaining causes of action following the Court's ruling on the Motion to Dismiss, the defendants admit that on September 5, 2001, while in the Admitting and Processing area of the Northern Correctional Institution, the plaintiff assaulted the defendant Smiley, spitting in his face, and that plaintiff received a Disciplinary Report for Assault on a D.O.C. employee in that matter. The rest and remainder of the allegations are denied.

**Causes of Action and Claim for Relief**

All of plaintiff's allegations and claims are denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The allegations of the Amended Complaint do not state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent that this case is effectively against state officials and employees in their official capacities, it is barred by the Eleventh Amendment to the United States Constitution.

### THIRD AFFIRMATIVE DEFENSE

At all times relevant to this lawsuit, the defendants acted within the scope of their duties as officials/employees of the State of Connecticut performing discretionary functions and they acted within their qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

The defendants, at all times relevant to the Amended Complaint, were state officials/employees and their conduct was not wanton, reckless or malicious, and caused in the

2

discharge of their duties or within the scope of their employment. They are, therefore, immune from liability pursuant to Conn. Gen. Stat. § 4-165 and under the doctrine of sovereign immunity and their common law privileges and immunities.

### FIFTH AFFIRMATIVE DEFENSE

As to all claims alleging state law causes of action, if any, such may only be maintained upon authorization by statute or by order of the State Claims Commissioner, and since the plaintiff has not and cannot demonstrate authority or authorization, this action is barred by the doctrine of sovereign immunity, the doctrine of primary jurisdiction and for failure to exhaust administrative remedies.

### SIXTH AFFIRMATIVE DEFENSE

The Federal Court should decline to exercise supplemental jurisdiction over plaintiff's state law claims, if any.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff has failed to exhaust his administrative remedies required by federal law.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of October, 2003:

Ramon Lopez #261685
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

*[signature]*
Robert F. Vacchelli
Assistant Attorney General