United States District Court
District of Connecticut

Ramón López

vs.

James Smiley, Et. Al.

Civil- Prisoner

Case No. 3:02 CV 1020 (RNC)(DFM)

October 29, 2003

FILED
2003 OCT 31 P 3: 24
US DISTRICT COURT

## Motion For Appointment Of Counsel

The Plaintiff Ramón López, Pro-se, respectfully moves this honorable Court, in the best interest of justice to consider this second motion for the appointment of counsel in light of the following:

1) The pro-se, Plaintiff for over a year has diligently attempted to spark interest, to get attorneys on a pro-bono list, to take the above mentioned case, pro-bono. The Plaintiff has been making this attempt since as early as July 2, 2002.
It would be to volumous to attach all letters to this motion, the plaintiff, does attach however four (4) letters to substantiate, his attempts at finding counsel on his own.
Attachment [A] contains 4 letters from 4 different —

Attorneys those being from newest to oldest;

1) Attorney - Rowena A. Moffett - dated 10-17-03

2) Attorney - Norman A. Pattis - requiring a $5,000.00 fee prior to filing an appearance, a fee that the Plaintiff would gladly pay if the plaintiff wasn't indigent. Letter dated July 29, 2003.

3) Attorney - James S. Brewer, who kindly suggested to refer this matter to the University of Connecticut legal clinic, after stating he was not in a position to assist the plaintiff. Plaintiff was more than happy to take Attorney Brewer's proposal, but after a year of waiting and numerous letters written to Attorney Brewer, and the legal clinic, the plaintiff hasn't received anything.

4) Lastly - Attorney - John R. Williams - dated July 2, 2002, unable to assist.

Second Argument -
   A) The Plaintiff is indigent due to -

– his incarceration, and is at a point in the case where the skills of a trained attorney at law are required, <u>now that the case has survived a motion to dismiss.</u> The plaintiff has made it this far - co-dependantly on the help of other people- who the Administration (D.O.C.) has gone out of their way to keep separated from the Plaintiff to deter this meritorious lawsuit.

B) The plaintiff has overwhelming evidence to succeed on the claims, which the Plaintiff will gladly submit upon request of the court.

C) Attachement [B] is a letter from John B. Hughes, cheif, for Civil Division of the F.B.I. and United States Attorney; Kevin J. O'connor, indicating that the matter in this civil lawsuit, will be looked into for criminal charges. Despite the awareness of an F.B.I. probe – the Defendant's, continue to retaliate against this prisoner with false conspiratorailly planned Disciplinary reports, for this Plaintiff's refusal to drop this lawsuit.

D) The Plaintiff is at a point where he does not know how to proceed with this case, for lack of legal –

Case 3:02-cv-01020-MRK    Document 41    Filed 10/31/2003    Page 4 of 14

-experience. However this motion can be circumvented if the Plaintiff be allowed to have [legal materials only] passed by the unit counselor and inspected by unit counselor to another inmate experienced in litigation. That inmate being confined in the same institution is inmate Duane Ziemba #128963.

E) The Plaintiff has no access to a law library and the so called; Inmates legal Assistance program is over worked and understaffed, with only less than 20 staff attorney's to provide legal assistance to an inmate population estimated at 20,000. The only legal assistance available, is being provided case law, and what good is it if one not know how to use it.

Conclusion

The plaintiff in light of the foregoing prays that this honorable court grant the motion for the appointment of counsel to protect the plaintiff's meritorious case from being dismissed for lack of legal knowledge of the law.

Respectfully Submitted,

_Ramón A. López_

Pro-se Plaintiff
Ramón López # 261-685
Northern Corr. Inst.
P.O. Box 665
Somers, C.T. 06071

## Certification

I, Ramón López, hereby certify that a copy of the foregoing was mailed to Assistant Attorney General Robert F. Vachelli, 110 Sherman St. Hartford, C.T. 06105

Pro-se Plaintiff,

_Ramón A. López_

Attachment A

# Brenner, Saltzman & Wallman LLP

*ATTORNEYS AT LAW*

Rowena A. Moffett
E-mail: rmoffett@bswlaw.com
Direct Fax: (203) 772-4008

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
STUART JAY MANDEL, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

MAILING ADDRESS:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507

October 17, 2003

Ramon Lopez #261-685
Northern Corr. Inst.
P.O. Box 665
Somers, CT 06071

Dear Mr. Lopez:

We have read your recent letter.

I am very sorry that we are unable to represent you at this time.

Very truly yours,

Rowena A. Moffett

RAM:dwc

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

July 29, 2003

Mr. Ramon Lopez
Inmate No. 261685
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

**PRIVILEGED CORRESPONDENCE**

Dear Mr. Lopez:

    Thanks for your letter and a draft of your complaint. Unfortunately, I am unable to help you even on an enhanced contingency basis. We would require a retainer in the amount of $5,000.00 prior to filing an appearance in your case.

    I realize the terms of steep, but it's the best I can do. I appreciate your interest in this firm and confidence in me.

Sincerely,

NORMAN A. PATTIS

NAP:paa

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
DAWNE WESTBROOK
DAVID G. TORO
ROBERT J. ROMANO

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
FACSIMILE (203) 401-4277
E-MAIL: jrw@johnrwilliams.com

July 2, 2002

Mr. Ramon Lopez, # 261685
Northern Correctional
P.O. Box 665
Somers, CT 06071

PRIVILEGED CORRESPONDENCE

Dear Mr. Lopez:

Thank you for your letter of June 26. I am afraid I will not be able to take your case and therefore I am returning to you herewith the materials you sent me.

Good luck.

Sincerely,

JOHN R. WILLIAMS

JRW:lc
Enclosures

**JAMES S. BREWER**
ATTORNEY AT LAW
818 FARMINGTON AVENUE
WEST HARTFORD, CONNECTICUT 06119
(860) 523-4055
FAX (860) 233-4215

JAMES S. BREWER
ERIN I. O'NEIL-BAKER

email: JSB_Esq@hotmail.com

July 8, 2002

Mr. Raymon Lopez #261685
Nothern Correctional Institution
P.O. Box 665
Somers, CT 06071

RE:   **Lopez vs. Smiley, et. al.**

Dear Mr. Lopez:

I am in receipt of yours dated July 1, 2002 and am responding to same. Unfortunately, I am not in a position at this time to assist you in the above-referenced. However, with your permission I would like to refer your matter to the University of Connecticut Legal Clinic that may be able to provide you with the legal assistance you require. If you are interested in the foregoing, please contact me at your earliest convenience. If I do not hear from you I will assume you are not interested, and as per your request enclosed please find the complaints for your records. I wish you the best of luck to same.

Very truly yours,

JAMES S. BREWER, ESQ.

JSB/ljm
Enc.

Attachment B

**U.S. Department of Justice**

United States Attorney
District of Connecticut

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 773-5373
www.usdoj.gov/usao/ct

August 11, 2003

Raymon Lopez
Inmate # 261685
Northern Correctional Institute
P.O. Box 665
Somers, Connecticut 06071

Dear Mr. Lopez:

    This is in response to your letter of May 28, 2003 which we received on June 9, 2003. In you letter you indicate that you are looking for the initiation of a federal investigation into an assault by correctional officers. I have forwarded your letter on to the Federal Bureau of Investigation and have asked them to look into the matter.

    Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
CHIEF, CIVIL DIVISION

JBH:lfd