FILED

UNITED STATES DISTRICT COURT

2003 NOV 25 A 11: 43

DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| RAMON LOPEZ | : | PRISONER<br>CIVIL NO. 3:02CV1020 (RNC)(DFM) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | NOVEMBER 24, 2003 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants, James Smiley, et al., by and through their undersigned counsel, respectfully request a 30 day extension of time, to and including December 29, 2003, within which to respond to plaintiff's Motion to Compel production of documents and materials dated November 6, 2003 and letter dated November 13, 2003 designating another person to receive videotapes for him.

The additional time is needed because plaintiff's materials were not received until November 17, 2003, and they involve numerous different items all requiring collection and analysis.

This is defendants' first request with respect to this time limitation. The pro se inmate plaintiff could not be reached in advance of this writing to determine his position with respect to this request.

Wherefore, the defendants request a 30 day extension of time, to an including December 29, 2003, within which to respond to plaintiff's Motion and letter.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of November 2003:

Ramon Lopez #261685
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General