UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Ramon Lopez | : | PRISONER<br>DOCKET NO.3:02cv1020(RNC)(DFM) |
| v. | : | |
| James Smiley, et al | : | |

FILED

2003 DEC -1  P 4: 03

DISTRICT COURT
HARTFORD CT

SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within two months (60 days) of the date of this order. Discovery requests need not be filed with the court.

2. All motions for summary judgment shall be filed within three months (90 days) of the date of this order.

3. Pursuant to Local Civil Rule 9(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 1st day of December, 2003 at Hartford.

_____
U.S. Magistrate Judge