FILED

2003 DEC -3 P 12: 12

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | PRISONER<br>CIVIL NO. 3:02CV1020 (RNC)(DFM) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | DECEMBER 2, 2003 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants, James Smiley, et al., by and through their undersigned counsel, respectfully request a 30 day extension of time, to and including January 7, 2004, within which to respond to plaintiff's Motion to Converse with Legal Counsel Who is A Fellow Prisoner dated November 16, 2003..

The additional time is needed to conduct research on the issue.

This is defendants' first request with respect to this time limitation. The pro se inmate plaintiff could not be reached in advance of this writing to determine his position with respect to this request.

Wherefore, the defendants request a 30 day extension of time, to an including January 7, 2004, within which to respond to plaintiff's Motion.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of December 2003:

Ramon Lopez #261685
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General