UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 10 P 3: 16

US DISTRICT COURT
HARTFORD CT

RAMON LOPEZ

v.                              PRISONER
                        Case No.  3:02CV1020 (RNC) (DFM)

JAMES SMILEY, et al.

RULING AND ORDER

Defendants seek an extension of time to respond to plaintiff's motion to compel production of documents. The Motion [doc. # 46] is GRANTED. Defendants shall file their response to the motion to compel on or before December 29, 2003.

SO ORDERED this 9th day of December, 2003, at Hartford, Connecticut.

_____
Donna F. Martinez
United States Magistrate Judge