FILED

UNITED STATES DISTRICT COURT

2004 JAN -7 P 4: 39

DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| RAMON LOPEZ | : | PRISONER<br>CIVIL NO. 3:02CV1020 (RNC)(DFM) |
| V. | : | |
| JAMES SMILEY, ET AL. | : | JANUARY 6  2004 |

### MOTION FOR ORDER COMPELLING DISCLOSURE

The defendants James Smiley et al., by and through their undersigned counsel and pursuant to Rule 37(a), F.R.Civ.P., respectfully request the Court to order the plaintiff to answer the Interrogatories and Requests for Production issued to him in 2002, with respect to the remaining issues and defendants in the case, and to provide the defendants with a medical records release to permit them to obtain records of his medical condition alleged in this case.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of January, 2004:

Ramon Lopez # 261685
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
Robert F. Vacchelli
Assistant Attorney General

2