# FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT
PRISONER

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIVIL NO. 3:02CV1020 (RNC)(DFM) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | JANUARY 6 2004 |

## AFFIDAVIT

State of Connecticut )
) ss: Hartford      January 6 , 2004
County of Hartford )

The undersigned, Robert F. Vacchelli, being duly sworn, deposes and says:

1.   I am an Assistant Attorney General assigned to represent the defendants in the above case.

2.   On December 30, 2002, Defendants requested plaintiff to answer certain Interrogatories and Requests for Production in this case, and requested an appropriate Medical Records Release.  See Attachment A.

3.   On December 11, 2003, Defendants again requested a response in lieu of the need to file a motion for a court order in a good faith effort to resolve the issue.  See Attachment B.

4.    To date, plaintiff has not responded to these requests.

Dated at Hartford, Connecticut this 6th day of January, 2004.

Robert F. Vacchelli
Assistant Attorney General

Subscribed and sworn to before me this 6th day of January, 2004.

Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of January, 2004:

        Ramon Lopez #261685
        Northern Correctional Institution
        287 Bilton Road
        P.O. Box 665
        Somers, CT  06071

Robert F. Vacchelli
Assistant Attorney General

2

# Attachment A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| RAMON LOPEZ | PRISONER<br>: CIVIL NO. 3:02cv1020(RNC)(DFM) |
| V. | : |
| JAMES SMILEY, ET AL. | : DECEMBER 30, 2002 |

## DEFENDANTS' FIRST SET OF INTERROGATORIES

## AND REQUESTS FOR PRODUCTION

The defendants, James Smiley et al., by and through their undersigned counsel, and pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, requests that the plaintiff, Ramon Lopez, answer, under oath, the following Interrogatories and respond to the following Requests for Production within the time allowed by Federal Rules.

A.   **INTERROGATORIES**

1.  Please state the following:

a.   your full name and other name(s) by which you have been known;

b.   your date of birth;

c.   your social security number;

d.   your home address; and

e.   name and address of all employers during the previous five years.

RESPONSE:

2.   Please state, in detail and chronologically, where you were and what you were doing on: (a) August 31, 2001; (b) September 5, 2001.

RESPONSE:

3.   Please state, with specificity, the facts supporting your allegations against the defendant:

(a)   James Smiley

(b)   Winston Farley

(c)   Dennis Oglesby

(d)   William Faneuff

(e)   John Oulette

(f)   John Galinsky

 (g) Dan Stewart

 (h) Lynn Nordell

 (i) Ron Young

 (j) Larry Myers

 (k) Thomas Coates

 (l) Christine Whidden

 (m) Scott Salius

 (n) Michael Lajoie

 (o) Peter Matos

 (p) Dennis Coyle

 (q) Jack Tokarz

 (r) Sandra Katz-Feinberg

 (s) Patricia Wollenhaupt

 (t) Michael Zacharewicz

 (u) John Armstrong


RESPONSE:




 4. Please state, with specificity, what harm to you was caused by the defendants:

 (a) James Smiley

(b)   Winston Farley

(c)   Dennis Oglesby

(d)   William Faneuff

(e)   John Oulette

(f)   John Galinsky

(g)   Dan Stewart

(h)   Lynn Nordell

(i)   Ron Young

(j)   Larry Myers

(k)   Thomas Coates

(l)   Christine Whidden

(m)   Scott Salius

(n)   Michael Lajoie

(o)   Peter Matos

(p)   Dennis Coyle

(q)   Jack Tokarz

(r)   Sandra Katz-Feinberg

(s)   Patricia Wollenhaupt

(t)   Michael Zacharewicz

(u)   John Armstrong

RESPONSE:

5.  Please state the dates and places where you exhausted your administrative remedies with respect to each Cause of Action and each Claim for Relief stated in your Amended Complaint dated August 1, 2002, and identify the names of the persons or offices where you filed any applicable petitions with respect to each.

RESPONSE:

6.  Identify and list each injury you claim to have sustained as a result of the incidents alleged in your Complaint.

RESPONSE:

7.    If you claim any condition or disability, or the lighting up of any preexisting condition or disability, as a result of the acts alleged in your Complaint, describe in detail the nature and extent of your conditions or disabilities and state for each whether or not they are claimed to be permanent.

RESPONSE:

8.    Identify each doctor, hospital or other practitioner or institution from whom or at which you received examination or treatment for the injuries alleged in your claim, and, as to each doctor, hospital or practitioner named, state the date and place of each examination, the diagnosis, and the treatment or medications prescribed or rendered.

RESPONSE:

9.   Identify every person known to you or your representative who witnessed anything pertaining to the events or injuries alleged in your Complaint, including the name and address of any person known to you or your representative who was at the scene of the events that you allege caused your injury.

10.  List each item of special damage, loss, and expense which you claim resulted from the acts of the defendants which you allege occurred in your Complaint, including but not limited

to, hospital and medical expenses, lost earnings, household and
other help at home and in business, and property damage, and
state the name and address of the organization or person to whom
each item of expense was paid or is payable.

RESPONSE:

11.   Describe in detail any disease, disability or defect,
whether physical, mental or emotional, from which you were
suffering prior to and at the time of the incidents alleged in
your Complaint.

RESPONSE:

12.   If, at any time subsequent to the incidents alleged in
your Complaint, you had any accident, serious illnesses or
mental health problems or operations, describe in detail their
nature and the dates when each occurred.

RESPONSE:

13.  Identify, by name and address, each person whom you expect to call as a witness, other than an expert witness, at trial, and state the subject upon which he or she is expected to testify.

14.  Identify, by name and address, each person whom you expect to call as an expert witness at trial, state his or her area of expertise, and state the subject upon which he or she is expected to testify.

RESPONSE:

Dated at _____ this _____ day of

_____, 2003.


_____
Ramon Lopez


Subscribed and sworn to before me this _____ day of

_____, 2003.


_____
Notary Public


**B.     REQUESTS FOR PRODUCTION**

1.    Copies of all documents, reports, records, test results, x-rays and correspondence by or to any hospital, physician or other practitioner, including psychologists or psychiatrists, relating to the alleged injuries of the plaintiff.   (Blank authorization enclosed.)

2.  Copies of itemized bills covering all the special damages, losses and expenses claimed in answer to Interrogatory No. 10.

3.  Copies of all statements or records of payments resulting from insurance coverage or other sources which defrayed the costs of losses or expenses listed in answer to the Interrogatories.

4.  Copies of all documents, reports, records, test results, x-rays and correspondence by or to any hospital, physician or other practitioners, including psychologists or psychiatrists, named in answer to Interrogatory Nos. 11 and 12 (dealing with prior or subsequent injuries, etc.).  (Blank authorization enclosed.)

5.  Authorizations directed to each employer named in answer to Interrogatory No. 1 permitting the undersigned or his representative to obtain full information and copies of documents and records concerning the employment of the

plaintiff, including payroll, attendance, medical and other personnel records.  (Blank authorization enclosed).)

6.   If lost earnings or earning capacity is claimed, copies of all the income tax returns of the plaintiff for the tax years immediately preceding and following the injury, and if loss of earnings or loss of earning capacity beyond that time is claimed, the tax returns for each succeeding year at the time of trial.

7.  Copies of all correspondence with, and all reports of, each expert identified in your answer to Interrogatory No. 14 who communicated with you or your representative in writing.

8.   Copies of non-privileged statements given by the plaintiff, and statements of all witnesses collected by him or his agents or representatives concerning the events and injuries alleged in Complaint.

9.    Copies of all documents, photographs, videotapes, x-rays or other depictions or reports which document or depict the events and injuries of which the plaintiff complaints.


10.    Copies of all grievances, appeals, or other petitions which you filed to exhaust your administrative remedies described in Interrogatory No. 5.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT   06105
Tel. (860) 808-5450
Federal Bar #ct05222

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on this 30ᵗʰ day of December, 2002:

Ramon Lopez, # 261685
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Robert F. Vacchelli
Assistant Attorney General



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

### Office of The Attorney General
## State of Connecticut

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON LOPEZ                          :          PRISONER
                                                CIVIL NO. 3:02 CV 1020 (RNC) (DFM)

V.                                   :

JAMES SMILEY, ET AL.                 :          DECEMBER      , 2002

## MEDICAL RECORDS RELEASE

TO:      _____

RE:      _____

DATE OF BIRTH:      _____

    You are hereby authorized and requested to furnish ROBERT F. VACCHELLI, Assistant Attorney General, or his authorized representative, any and all information or opinions that he may request regarding my present or past medical condition and treatment and to allow him to see or copy any records, x-rays, and other tests that you may have regarding my present and past medical condition or treatment, including infectious disease, psychiatric/psychological, social, alcohol and/or drug records and reports.  The medical records and reports to be released may contain information pertaining to psychiatric, psychological, drug and/or alcohol diagnoses and treatment which is protected from disclosure under Chapter 899 of the Connecticut General Statutes, Federal Statutes 42 U.S.C. § 290dd-3 and 42 U.S.C. § 290ee-3, and Federal Regulation 42 C.F.R. Part 2.

    Dated at _____, Connecticut, this _____ day of _____, 2003.


                                        _____
                                        Ramon Lopez



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

Office of The Attorney General
## State of Connecticut

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON LOPEZ                    :      **PRISONER**
                                     CIVIL NO. 3:02CV1020(RNC)(DFM)

V.                            :

JAMES SMILEY, ET AL.          :      DECEMBER      , 2002

### EMPLOYMENT RECORDS RELEASE

To:

Re:

Date of Birth:

You are hereby authorized and requested to furnish ROBERT F. VACCHELLI, Assistant Attorney General, or his authorized representative, any and all records or information that he may request regarding my present or past employment and to allow him to see or copy any personnel, salary and medical or employment history records regarding my present or past employment.

Dated at _____, Connecticut, this _____ day of _____, 2003.


_____
Ramon Lopez

Attachment B



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

### Office of The Attorney General
# State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 11, 2003

Ramon Lopez # 261685
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

Re:  **Lopez v. Smiley, et al.**
     **Civ. No. 3:02 CV 1020 (RMC)**

Dear Mr. Lopez:

     Our records in the above matter indicate that the defendants issued Interrogatories and Requests for Production on December 30, 2002, but we have not yet received a response. Another copy is attached for your convenience.  Please answer these requests with respect to the remaining issues and remaining defendants  before December 31, 2003, or we will need to file an appropriate motion to compel Answers.  Thanks.

                         Very truly yours,

                         Robert F. Vacchelli
                         Assistant Attorney General

RFV
Enc.