# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
(HARTFORD)
### APPEARANCE



FILED

RAMON A. LOPEZ

VS                                                    CASE NUMBER: 3:02CV1020(RNC)(DFM)

JAMES SMILEY, ET AL

**To the Clerk of this court and all parties of record:**

       **Enter my appearance as counsel in this case for:**

                The Plaintiff Ramon A. Lopez

 

| | |
|---|---|
| February 25, 2004 | Signature |
| **Date** | Atty. Erskine D. McIntosh |
| CT 9743 | **Print Clearly or Type Name** |
| **Connecticut Federal Bar Number** | 3129 Whitney Ave, 2nd Floor |
| (203) 787-9994 | **Address** |
| **Telephone Number** | Hamden, CT 06518 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

       Atty. Robert F. Vachelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

                                     Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

**Appearance.frm.feb.96**