UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -2  P 3: 50



RAMON LOPEZ

v.                                      Case No.  3:02CV1020 (RNC) (DFM)

JAMES SMILEY, et al.

RULING AND ORDER

Defendants' Motion for Extension of Time [**doc. # 48**] to respond to plaintiff's motion to converse with fellow prisoner and plaintiff's Motion to Converse with Fellow Prisoner [**doc. # 45**] and Motion for Appointment of Counsel [**doc. # 41**] are **DENIED** as moot. Counsel appeared for the plaintiff on February 26, 2004.

SO ORDERED this 1st day of March, 2004, at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge