UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RAMON LOPEZ                          \*   3:02 CV 1020 (RNC)(DFM)
                                     \*
V.                                   \*
                                     \*
                                     \*
JAMES SMILEY, ET AL                  \*   FEBRUARY 25, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION RE: PLAINTIFF'S PRO SE MOTION TO COMPEL DISCOVERY

Comes now the plaintiff, by and through counsel, who moves this Court to enter an order of granting said the plaintiff's pro se motion filed on November 17, 2003 and bearing a document number of 44, in its entirety, except for those portions of it calling for the pro se plaintiff to be allowed to view scenes and handle evidence. In their stead, the undersigned entreats this court to substitute the undersigned and/or his firm's non-inmate designee to participate in any tour of the facility's tort scenes and have possession of any and all video tape evidence.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 25th day of February, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION-RE COMPELLING DISCOVERY-LOPEZ