UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RAMON LOPEZ                          *   3:02 CV 1020 (RNC)(DFM)
                                     *
        V.                           *
                                     *
JAMES SMILEY, ET AL                  *   FEBRUARY 25, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION RE: PLAINTIFF'S PRO SE MOTION CONCERNING THE COURT'S SEPTEMBER 22ND, 2003 RULING ON DEFENDANTS' MOTION TO DISMISS**

Comes now the plaintiff, by and through counsel, who moves this Court to enter an order of voluntary dismissal of the pro se's memorandum and/or motion filed on October 31, 2003 and bearing a document number of 42 concerning the Court's September 22, 2003 ruling upon the defendants' motion to dismiss.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 25th day of February, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

                                         _____
                                         ATTY. ERSKINE D. McINTOSH

19 MOTION-APPT. COUNSEL-LOPEZ