# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

RAMON LOPEZ            \*   3:02 CV 1020 (RNC)(DFM)

       V.                \*

                                \*

JAMES SMILEY, ET AL      \*   FEBRUARY 25, 2004

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION RE:  PLAINTIFF'S  PRO SE MOTION TO SPEAK WITH A FELLOW PRISONER

Comes now the plaintiff, by and through counsel, who moves this Court to enter an

order of voluntary dismissal of the pro se's motion filed on November 24, 2003 and bearing a

document number of 43.

                     RESPECTFULLY SUBMITTED,

                     RAMON LOPEZ
                     THE PLAINTIFF

BY: _____

         **ATTY. ERSKINE D. McINTOSH**
         **FEDERAL BAR NO. CT 09743**
         **THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.**
         **3129 WHITNEY AVENUE, SECOND FLOOR**
         **HAMDEN, CT 06518-2364**
         **(203) 787-9994**
         **FAX (203) 848-1213**

         **COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the _25th_ day of  February, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION-APPT. COUNSEL-LOPEZ

2