**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | MARCH 11, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, James Smiley, et al., have manually filed the following documents:

Attachments to Memorandum in Opposition to Plaintiff's Motion to Amend the Complaint dated February 25, 2004:

1. Attachment A – Ruling and Order, dated September 22, 2003
2. Portions of Attachment B as follows:
    a. DOC Administrative Directive 9.6, eff. date January 29, 2002
    b. Affidavit of Counselor John Ouellet, dated January 3, 2003
    c. Inmate Grievances of Ramon Lopez and DOC Correspondence
    d. Ruling of Motion for Reconsideration of Ruling on Defendant's Motion to Dismiss, dated May 14, 2002

These document have not been filed electronically because

[ X ]  the documents cannot be converted to an electronic format
[  ]   the electronic file size of the document exceeds 1.5 megabytes
[  ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                              Respectfully submitted,

                                              _____

                                              Robert F. Vacchelli
                                              Assistant Attorney General
                                              110 Sherman Street
                                              Hartford, CT  06105
                                              Phone: (860) 808-5450
                                              Fax: (860) 808-5591
                                              E-mail: robert.vacchelli@po.state.ct.us
                                              Federal Bar No. ct05222