UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| RAMON LOPEZ | : | PRISONER<br>CIVIL NO. 3:02CV1020 (RNC)(DFM) |
| v. | : |  |
| JAMES SMILEY, ET AL. | : | JANUARY      , 2003 |

**<u>MOTION TO DISMISS</u>**

The defendants, James Smiley, et al., by and through their undersigned counsel and pursuant to Local Rule 12(b)(1) and (6), F. R. Civ. P., hereby move this court to dismiss the plaintiff's Complaint in the above case because:

A. The Eleventh Amendment bars this action against the defendants in their official capacities.

B. The State is not a "person" subject to liability under 42 U.S.C. § 1983.

C. The request for Injunctive Relief is speculative.

D. The plaintiff has failed to exhaust his administrative remedies.

E. The plaintiff has failed to allege personal involvement.

F. The Complaint fails to state a claim upon which relief can be granted.

G. The defendants are protected by their qualified immunity.

H. The Court should decline to exercise jurisdiction over the State law claims.

**ORAL ARGMENT NOT REQUESTED**

        DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of January 2003:

Ramon Lopez #261685
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Robert F. Vacchelli
Assistant Attorney General

2