UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | MARCH 15, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants, James Smiley, et al., by and through their undersigned counsel and pursuant to Local Rule 7(b), Rules of the United States District Court for the District of Connecticut, respectfully request a 30 day extension of time, to an including April 14, 2004, within which to respond to plaintiff's "Motion Re: Plaintiff's Pro Se Motion to Compel Discovery" dated February 25, 2004, in the above case.

The additional time is needed to review the materials and prepare a response.

This is the defendants' first request with respect to this time limitation. Opposing counsel has been called, but could not be reached in advance of this writing to ascertain his position with respect to this request.

Wherefore, the defendants request a 30 day extension of time, to and including April 14, 2004, within which to respond to plaintiff's "Motion Re: Plaintiff's Pro Se Motion to Compel Discovery" dated February 25, 2004, in the above case.

**ORAL ARGUMENT NOT REQUESTED**

          DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of March, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364


 /s/_____
Robert F. Vacchelli
Assistant Attorney General

2