UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED

2004 MAR 26  P 2: 16

```
*********************************          
RAMON LOPEZ                      *   3:02 CV 1020 (RNC)(DFM)
                                 *
     V.                          *
                                 *
JAMES SMILEY, ET AL              *   MARCH 24, 2004
*********************************
```

### MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' DISCOVERY DEMANDS

The plaintiff moves this Court for an order extending the time for the plaintiff to respond to the defendants' discovery demands to **Thursday, May 27, 2004**. The undersigned attempted to contact counsel for the defendants but was unable to prior sending this motion, hence was unable to solicit his position.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT NEEDED**

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 24th day of March, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Extension Re-Discovery Demand