# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

```
********************************
RAMON LOPEZ                        *   3:02 CV 1020 (RNC)(DFM)
                                   *
         V.                        *
                                   *
JAMES SMILEY, ET AL                *   MARCH 2/, 2004
********************************
```

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' DISCOVERY DEMANDS

The plaintiff moves this Court for an order extending the time for the plaintiff to respond to the defendants' discovery demands to **Thursday, May 27, 2004**. The undersigned attempted to contact counsel for the defendants but was unable to prior sending this motion, hence was unable to solicit his position.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____

ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT NEEDED**

DENIED for lack of good cause shown. 4/9/04

SO ORDERED.