FILED

2004 APR 16  A 10:30

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| VS. | : | |
| JAMES SMILEY, ET AL. | : | APRIL 15, 2004 |

## STATEMENT OF FACT OF DEATH

The defendants, James Smiley, et al., by and through their undersigned counsel and pursuant to Rule 25(a)(1), F.R.Civ.P., hereby give notice that on February 18, 2004, the defendant, Saundra Katrz-Feinberg, died.

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: 
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of April, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

                                              Robert F. Vacchelli
                                              Assistant Attorney General