UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)



FILED

2004 APR 19 P 12: 04

U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                          *    3:02 CV 1020 (RNC)(DFM)
                                     *
V.                                   *
                                     *
JAMES SMILEY, ET AL                  *    APRIL 15, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' DISCOVERY DEMANDS

The plaintiff moves this Court for an order extending the time for the plaintiff to respond to the defendants' discovery demands to **Thursday, May 27, 2004.** The undersigned spoke with counsel for the defendants and he voiced no objection to this motion.

The undersigned's mother, who lived in Hyattsville, Maryland, died on February 10, 2004. That loss necessitated the undersigned to spend the week of February 16th, 2004 out of town dealing with the usual issues that attend subsequent to death. The undersigned did not file an appearance in this case until February 26th, 2004, however, the undersigned undertook the task of attempting to file, with that appearance, motions designed to assist all of the parties to more quickly resolve this case. The press of other business and other litigation, which preceded this case, necessitates this motion.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

**C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 15th day of April, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Extension Re-Discovery Demand