UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 20 P 3:3

RAMON LOPEZ,

    Plaintiff,

v.

JAMES SMILEY, ET AL.,

    Defendants.

CASE NO. 3:02CV1020(RNC)

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.): Motion to Extend Time to Respond to Defendants' Discovery Demands [doc. 73]

So ordered.

Dated at Hartford, Connecticut this 20 day of April 2004.

Robert N. Chatigny
United States District Judge