UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON A. LOPEZ, | : |
| Plaintiff, | : |
| v. | : CASE NO.3:02cv1020(RNC) |
| JAMES SMILEY ET AL., | : |
| Defendants. | : |

2004 APR 22 P 3:40

U.S. DISTRICT COURT
HARTFORD, CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):
Motions to Compel Discovery by Plaintiff [docs. # 44, 58], Motion to Compel Discovery by Defendants [doc. # 52], Motion to Amend Complaint [doc. # 55]

So ordered.

Dated at Hartford, Connecticut this 22nd day of April 2004.

Robert N. Chatigny
United States District Judge