UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

****************************************
RAMON LOPEZ                              *   3:02 CV 1020 (RNC)(DFM)
                                         *
       V.                                *
                                         *
JAMES SMILEY, ET AL                      *   FEBRUARY 25, 2004
****************************************

### MOTION RE:  PLAINTIFF'S PRO SE MOTION FOR COUNSEL

Comes now the plaintiff, by and through counsel, who moves this Court to enter an order of voluntary dismissal of the pro se's motion for the appointment of counsel filed October 31, 2003 and bearing a document number of 41.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF