UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                            *    3:02 CV 1020 (RNC)(DFM)
                                       *
V.                                     *
                                       *
JAMES SMILEY, ET AL                    *    FEBRUARY 25, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION RE: PLAINTIFF'S PRO SE MOTION CONCERNING THE COURT'S SEPTEMBER 22ND, 2003 RULING ON DEFENDANTS' MOTION TO DISMISS

Comes now the plaintiff, by and through counsel, who moves this Court to enter an order of voluntary dismissal of the pro se's memorandum and/or motion filed on October 31, 2003 and bearing a document number of 42 concerning the Court's September 22, 2003 ruling upon the defendants' motion to dismiss.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

[Handwritten margin notes: 4/22/04 Treating this as a motion to withdraw doc. 42, "Response to Ruling and Order," it is hereby granted. So ordered.]