#73

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                         *    3:02 CV 1020 (RNC)(DFM)
                                    *
V.                                  *
                                    *
JAMES SMILEY, ET AL                 *    APRIL 15, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' DISCOVERY DEMANDS

The plaintiff moves this Court for an order extending the time for the plaintiff to respond to the defendants' discovery demands to **Thursday, May 27, 2004**. The undersigned spoke with counsel for the defendants and he voiced no objection to this motion.

The undersigned's mother, who lived in Hyattsville, Maryland, died on February 10, 2004. That loss necessitated the undersigned to spend the week of February 16th, 2004 out of town dealing with the usual issues that attend subsequent to death. The undersigned did not file an appearance in this case until February 26th, 2004, however, the undersigned undertook the task of attempting to file, with that appearance, motions designed to assist all of the parties to more quickly resolve this case. The press of other business and other litigation, which preceded this case, necessitates this motion.

GRANTED. So ordered. 4/26/04.