UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

**FILED**
2004 MAY -5 A 11: 09
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                     *    3:02 CIV1020 (RNC)(DFM)
                                *
V.                              *
                                *
                                *
JAMES SMILEY, ET AL             *    MAY _4_, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

Comes now the plaintiff who requests an extension of time of forty five (45) days to file a memorandum in opposition to defendants' "Memorandum in response to plaintiff's rebuttal brief dated March 26, 2004 and in opposition to plaintiff's motion to modify dated March 31, 2004". The plaintiff's request is due to the plaintiff's attorney's upcoming trial schedule and the press of other business matters. The defendants have no objection to this motion. This is the first such formal request of this ilk.

RESPECTFULLY SUBMITTED,
RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

**TESTIMONY IS NOT NECESSARY**
**ORAL ARGUMENT IS NOT NEEDED**

1

## ORDER

After due consideration of the foregoing, it is the ORDER of this Court that the objection is:     GRANTED/DENIED

BY THE COURT (_____ J.)

_____          _____          _____
DATE                                         JUDGE                                          /clerk

## CERTIFICATION

I certify that on the ____ day of May 2004 a copy of the foregoing motion was faxed and mailed postage prepaid to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

ATTY. ERSKINE D. McINTOSH

19 Motion-Extension of Time-Fed