UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2004 MAY -5 A 11: 09
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RAMON LOPEZ                              \*    3:02 CV1020 (RNC)(DFM)
                                         \*
V.                                       \*
                                         \*
JAMES SMILEY, ET AL                      \*    MAY 4, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

Comes now the plaintiff who requests an extension of time of forty five (45) days to file a memorandum in opposition to defendants' "Memorandum in response to plaintiff's rebuttal brief dated March 26, 2004 and in opposition to plaintiff's motion to modify dated March 31, 2004". The plaintiff's request is due to the plaintiff's attorney's upcoming trial schedule and the press of other business matters. The defendants have no objection to this motion. This is the first such formal request of this ilk.

RESPECTFULLY SUBMITTED,
RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

TESTIMONY IS NOT NECESSARY
ORAL ARGUMENT IS NOT NEEDED

GRANTED in part. The plaintiff's memorandum of law shall be filed by June 1, 2004. Counsel is reminded that requests for extension of time will be granted only for good cause. The good cause standard requires a particularized showing that despite due diligence, the party seeking the extension could not comply with this order. SO ORDERED.
Donna F. Martinez, U.S.M.J.
5/6/04

FILED
2004 MAY -7 A 10: 36
U.S. DISTRICT COURT
HARTFORD, CT.

1