**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(Hartford)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                              *    3:02 CV 1020 (RNC)(DFM)
                                         *
        V.                               *
                                         *
                                         *
JAMES SMILEY, ET AL                      *    MAY *18*, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE A PARTY

Comes now the plaintiff herein, who, in response to the defendant's April 15th, 2004

Statement of Fact of Death of Saundra Katrz-Feinberg, entreats this Court, pursuant to Rules

17(b) and 25 (a) FRCP, to substitute The Estate of Saundra Katrz-Feinberg for Saundra Katrz-

Feinberg as one of the co-defendants in this case for the continued prosecution of this action.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

# C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the _18th_ day of  May, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____

ATTY. ERSKINE D. McINTOSH

19 MOTION-SUBSTITUTE-DEATH OF DEFENDANT