UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON LOPEZ, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:02CV1020(RNC) |
| | : |
| JAMES SMILEY, ET AL., | : |
| | : |
| Defendants. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_ To conduct settlement conferences (orefmisc./cnf);

\_\_\_ To conduct a prefiling conference (orefmisc./cnf);

\_\_\_ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):
Motion to Substitute a Party [doc. 83]
_____
_____

So ordered.

Dated at Hartford, Connecticut this     day of May 2004.

                                              /s/RNC
                                         Robert N. Chatigny
                                      United States District Judge