## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | MAY 26, 2004 |

### DEFENDANTS' REQUEST FOR SETTLEMENT CONFERENCE

The defendants, James Smiley, et al., by and through their undersigned counsel and pursuant to Rule 16(c), F. R. Civ. P., and Local Rule 16 (c), Rules of the United States District Court for the District of Connecticut, request that this case be scheduled for a settlement conference.

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of May, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General