#85

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON LOPEZ : NO. 3:02CV1020(RNC)(DFM)

VS. :

JAMES SMILEY, ET AL. : MAY 26, 2004

## DEFENDANTS' REQUEST FOR SETTLEMENT CONFERENCE

The defendants, James Smiley, et al., by and through their undersigned counsel and pursuant to Rule 16(c), F. R. Civ. P., and Local Rule 16 (c), Rules of the United States District Court for the District of Connecticut, request that this case be scheduled for a settlement conference.

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: [signature]

---

May 28, 2004.

Ramon Lopez v. James Smiley, et al.,
Case Number 3:02CV1020(RNC)

RE: Defendants' Request for Settlement Conference [Doc. #85] So Granted. Case will be referred to Magistrate Judge Donna F. Martinez. So ordered.

Robert N. Chatigny, U.S.D.J.