UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 28 P 12:55
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RAMON LOPEZ, | |
| Plaintiff, | |
| v. | CASE NO. 3:02CV1020 (RNC) |
| JAMES SMILEY, ET AL., | |
| Defendants. | |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

____ To conduct a prefiling conference (orefmisc./cnf);

____ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

____ A ruling on the following pending motions (orefm.):

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this _28th_ day of May 2004.

Robert N. Chatigny
United States District Judge