Civil (April 12, 2004)

TOTAL TIME: 1 hours 3 minutes    HONORABLE D.F. Martinez
DEPUTY CLERK R.K. Wood    RPTR/ERO/(TAPE)

DATE 6/30/04    START TIME 11:07 a.m.    END TIME 12:10 p.m.
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Lopez    CIVIL NO. 3:02CV1020 (RNC)

                                                    E. McIntosh
                                                    Plaintiffs Counsel
vs.                                  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                                    R. Vacchelli
Smiley, ET AL.                                      Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing        ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ #44  Motion to Compel                          ☐ granted ☐ denied ☑ advisement
☑ #55  Motion to Amend/correct complaint         ☐ granted ☐ denied ☑ advisement
☑ #52  Motion to Compel                          ☐ granted ☐ denied ☑ advisement
☑ #58  Motion to Compel                          ☐ granted ☐ denied ☑ advisement
☑ #68  Motion to Amend/correct complaint         ☐ granted ☐ denied ☑ advisement
☑ #83  Motion to Substitute party                ☐ granted ☐ denied ☑ advisement
☐ #___ Motion _____                             ☐ granted ☐ denied ☐ advisement
       Oral Motion _____                        ☐ granted ☐ denied ☐ advisement
       Oral Motion _____                        ☐ granted ☐ denied ☐ advisement
       Oral Motion _____                        ☐ granted ☐ denied ☐ advisement
       Oral Motion _____                        ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

_____ Hearing continued until _____ at _____

☑ Status conference was also held in open court.