UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAMON A. LOPEZ,                          :
                                         :
     Plaintiff,                          :
                                         :
v.                                       :    CASE NO. 3:02CV1020(RNC)
                                         :
JAMES SMILEY, ET AL.,                    :
                                         :
     Defendants.                         :

ORDER VACATING REFERRAL

     Referral of plaintiff's motion to amend [doc. 55] to

Magistrate Judge Donna F. Martinez is hereby vacated.

     So ordered.

     Dated at Hartford, Connecticut this        day of July

2004.

                              _____/s/RNC_____
                                   Robert N. Chatigny
                              United States District Judge