UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | JULY 1, 2004 |

### SUPPLEMENT TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND

At oral argument on Plaintiff's Motion to Amend Complaint dated February 25, 2004, heard by Magistrate Judge Martinez on June 30, 2004, the court permitted the undersigned to file a Supplemental Memorandum to identify where in the record plaintiff made certain allegations earlier. This Memorandum is filed pursuant to that permission.

At issue is whether plaintiff's proposed allegation – that he filed a grievance with Captain Faneuff concerning his assault and abuse on August 31, 2001, and that the existence of that grievance was later denied to harm his reputation – is new, or merely a restatement of old allegations previously dismissed. The proposed allegations are contained in the proposed Second Amended Complaint, as modified, dated March 30, 2004 at paras. 24 and 26. See Exhibit A.

Defendants submit that these same allegations were, in substance, contained in plaintiff's First Amended Complaint dated August 1, 2002 at p. 2, para. 9; p. 4, para. 19; p. 7, para. 38; p. 12, para. 66, p. 13, paras. 67 and 69; in the Seventh and in the Eighth Causes of Action at p. 14; and at p. 16, para. 4. See Exhibit B.

This demonstrates that the new allegations are, at most, a rephrasing of old allegations. Under the old allegations, the Court ruled that plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act. "Lopez has not exhausted his administrative remedies with respect to the claims arising from the alleged assault of August 31, 2001. He alleges that he handed a grievance to Faneuff (Pl's Compl. ¶ 38), but he does not allege that he filed a stage two appeal from either the denial of the grievance or the failure of prison officials to respond to the grievance." Ruling and Order dated Sept. 22, 2003 at p. 5, See Exhibit C.

Accordingly, and for the reasons advocated in their Memorandum In Opposition to Plaintiff's Motion to Amend the Complaint dated March 10, 2004 and Response Memorandum dated April 15, 2004, defendants urge the Court to deny the Motion to Amend.

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of July, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

3