**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | JULY 1, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, James Smiley, et al., have manually filed the following documents:

- Exhibits A, B and C to Supplement to Defendants' Memorandum in Opposition to Plaintiff's Motion to Amend

These documents have not been filed electronically because

[ X ]   the documents cannot be converted to an electronic format
[  ]   the electronic file size of the document exceeds 1.5 megabytes
[  ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

> DEFENDANTS,
> James Smiley, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY:_____/s/_____
> Robert F. Vacchelli
> Assistant Attorney General
> Federal Bar No. ct05222
> 110 Sherman Street
> Hartford, CT  06105
> Telephone No. (860) 808-5450
> Fax No. (860) 808-5591
> E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of July, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General