UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2004 JUL -9  A 8:14
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON A. LOPEZ                             *    3:02 CV 1020 (RNC)(DFM)
                                           *
V.                                         *
                                           *
JAMES SMILEY, ET AL                        *    JULY 8, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S SECOND SUPPLEMENTARY REBUTTAL TO DEFENDANTS' OBJECTION TO PLAINTIFFS' APRIL 1, 2004 SECOND AMENDED COMPLAINT**

On June 30th, 2004, oral argument was had on, among other things, the plaintiff's motion to amend his complaint, dated February 25, 2004 and plaintiff's Motion to Modify the Proposed Second Amended Complaint, filed April 1st, 2004, before this Court. During the course of that argument, this Court entreated of counsel to draft memoranda on whether or not, Mr. Lopez, in his pro se capacity, pled in his previous complaint the following:

> That his grievance concerning the August 31, 2001 attack upon him <u>was suppressed</u> by one or more of the defendants thereby doing him injury.

On July 2, 2004, the plaintiff drafted a supplementary rebuttal to the defendants' objection to the amending of the plaintiff's complaint. The plaintiff, in the aforesaid supplementary rebuttal answered the Court's question in the negative.

In further support of the plaintiff's present claim that one or more of the defendants illegally undermined his attempt to grieve and thereby sue the defendants please see the October 25, 2001 "Inmate Request Form" authored by Mr. Lopez and addressed to Lt. Manley complaining, in part, about the fact that co-defendant Fanueff and "the majors" were ignoring his complaints and questions about the whereabouts of two grievances he filed concerning the

August 31, 2001 assault upon him by co-defendant Smiley. (Addendum I) Lt. Manley's response completely ignores this issue; he does not even address it. Lt. Manley simply states in a rather indifferent manner that he "understand[s his] dilemma." This request form clearly supports the plaintiff's claim that his grievance channels and avenue to the courts were totally undermined and suppressed by one or more of the defendants in this case.

Hence, the defendants ought be estopped from asserting any alleged PLRA grievance deficiency consistent with <u>Duane Ziemba v. George Wezner, et al.</u>, Docket No. 02-340 (2d Cir. April 23, 2004).

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213
COUNSEL FOR THE PLAINTIFF

**C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the ____ day of July, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 MEMO-REBUT-2nd SUPP OBJ. AMEND COMPLAINT

2

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

Date: 10-25-01

HOUSING UNIT: (I)  II  III   (Circle One)   EAST or WEST   Cell # 216

Inmate Name: López Ramón    Number: 261685

Request: Dear Lt. Manley, I have a huge dilema, Capt. Fanueff, Griev. Coor., and the majors, keep ignoring my letters and request on the whereabouts of the level 1 & level 2 grievances, on c/o Smiley coming in my cell during 3rd shift and assaulting me and my celly on 8-31-01, and I was hoping you can help me get relief of phone sanctions, so I can call my family. Please help me! ☹

(Continue on back if necessary)

Submitted to: Lieutenant Manley    Date Received: _____

I/m López

Acted on by: _____

Action taken and/or response: I UNDERSTAND YOUR Dilema you HAVE TO WRITE TO WARDEN MYERS FOR Relief of your SANCTIONS.

Date of Response to Inmate: 11/2/01

Signature of Staff Member: Lt M___

NCI 050

— Addendum I —