UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RAMÓN A. LÒPÉZ                              *    3:02 CV 1020 (RNC)
                                            *
V.                                          *
                                            *
JAMES SMILEY, ET AL                         *    JULY ___, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S THIRD SUPPLEMENTARY REBUTTAL TO DEFENDANTS' OBJECTION TO PLAINTIFFS' APRIL 1, 2004 SECOND AMENDED COMPLAINT

Given the fact that this Court vacated its referral of plaintiff's motion to amend his complaint [doc. 55] the plaintiff would like to take the opportunity to articulate his position concerning the reach of the Connecticut Constitution's ambit to address, for money damages certain State Constitutional claims in the proposed amendment.

The plaintiff believes that the authority it cited in its rebuttal, filed on March 26, 2004, to the defendants' objection to plaintiff's motion to amend and its Motion to Modify the Proposed Second Amended Complaint, filed on April 1, 2004, support its position that in every respect the proposed second amended complaint, as modified, states a claim under the Connecticut constitution.

To the extent this Court is not certain, then the plaintiff, as his representative did in oral argument upon this issue on Wednesday, June 30, 2004, moves that this Court certify that question to the Connecticut Supreme Court pursuant to Connecticut Practice Book Rules §82-1 through 82-4.

RESPECTFULLY SUBMITTED,

RAMÓN A. LÒPÉZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213
COUNSEL FOR THE PLAINTIFF

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the _____ day of July, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 MEMO-REBUT-2nd SUPP OBJ. AMEND COMPLAINT