**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | AUGUST 3, 2004 |

**NOTICE OF COMPLIANCE WITH DISCOVERY ORDER**

Notice is hereby given that the defendants, James Smiley, et. al., by and through their undersigned counsel, have complied with the court's July 23, 2004, Ruling on Plaintiff's Discovery Motions by submitting, this date, documents responsive to Request for Production #2 under seal for in camera review by the court.

                              DEFENDANTS,
                              James Smiley, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL


                              BY:_____/s/_____
                              Robert F. Vacchelli
                              Assistant Attorney General
                              Federal Bar No. ct05222
                              110 Sherman Street
                              Hartford, CT  06105
                              Telephone No. (860) 808-5450
                              Fax No. (860) 808-5591
                              E-Mail: robert.vacchelli@po.state.ct.us

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 3d day of August, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

Ramon Lopez # 261685
Northern Correctional Institution
287 Bilton Road
P.O. Box 655
Somers, CT 06071

                                                           /s/
                                                Robert F. Vacchelli
                                                Assistant Attorney General