**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | AUGUST 3, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, James Smiley, et al., have manually filed the following documents:

- <u>In</u> <u>Camera</u> Envelope

These documents have not been filed electronically because:

[ X ]  the documents cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 3d day of August, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

Ramon Lopez # 261685
Northern Correctional Institution
287 Bilton Road
P.O. Box 655
Somers, CT 06071

                                                   _____/s/_____
                                                 Robert F. Vacchelli
                                                 Assistant Attorney General