UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON A. LOPEZ,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES SMILEY, ET AL.,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:    CASE NO. 3:02CV1020(RNC)<br>:<br>:<br>:<br>: |

ORDER VACATING REFERRAL

Referral of plaintiff's motion to amend [doc. 55] to Magistrate Judge Donna F. Martinez is hereby vacated.

So ordered.

Dated at Hartford, Connecticut this       day of July 2004.

_____/s/RNC_____
Robert N. Chatigny
United States District Judge