UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                         *    3:02 CV 1020 (RNC)(DFM)

V.                                  *

                                    *

JAMES SMILEY, ET AL                 *    FEBRUARY 25, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AMEND THE COMPLAINT

Comes now the plaintiff, by and through counsel, who pursuant to Rule 15 (a-c) FRCP moves to amend the plaintiff's amended complaint filed on November 2, 2002 and bearing a document number of 16. The purpose of the proposed Second Amended Complaint is to add and delete certain defendants, to change the jurisdictional section of the complaint, to delete all references of the 8th Amendment of the U.S. Constitution and re-plead this cause of action claiming violations of First, Fourth, Fifth and Fourteenth Amendments to the U.S. Constitution, Art. I, §§4th, 5th, 7th, and 9th of the Connecticut Constitution and acts by the defendants constituting battery, the intentional infliction of emotional distress, negligent infliction of emotional distress, negligence and false imprisonment with respect to the circumstances including and surrounding the August 31st and September 5th, 2001 incidents.

October 7, 2004.    Lopez v. Smiley
                    3:02CV01020 (RNC)

Re: Plaintiff's Motion to Amend the Complaint (Doc. # 55)

Denied as moot in light of the Court's Ruling and Order on October 5, 2004 (Doc. # 104). So ordered.

Robert N. Chatigny, U.S.D.J.