UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

**FILED**
2004 NOV 19 A 10: 59
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ           *   3:02 CV 1020 (RNC)
                      *
V.                    *
                      *
JAMES SMILEY, ET AL   *   NOVEMBER __, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The plaintiff moves that the Court extend the scheduling deadlines set out in its December 1st, 2003 Scheduling Order. More time is needed for investigation, discovery and settlement discussions. This is the plaintiff's first such request. These proposed deadlines were a product of a discussion between the defendants' counsel and the undersigned. Hence the plaintiff moves that the Court adopt and the defendants' counsel has no objection to the Court ordering the following:

1. Parties' Disclosure of Expert Witnesses by: January 11, 2005

2. Depositions and discovery completed by: February 11, 2005.

3. Judicial settlement conference between: February 11, 2005 & February 25, 2005.

4. Dispositive Motions by: March 11, 2005

5. Trial: Within 60 days of Court's ruling on dispositive motions.

1

                RESPECTFULLY SUBMITTED,

                RAMON LOPEZ
                THE PLAINTIFF

BY: _____
                ATTY. ERSKINE D. McINTOSH
                FEDERAL BAR NO. CT 09743
                THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
                3129 WHITNEY AVENUE, SECOND FLOOR
                HAMDEN, CT 06518-2364
                (203) 787-9994
                FAX (203) 848-1213

                **COUNSEL FOR THE PLAINTIFF**

### CERTIFICATION

      This is to certify that a copy of the foregoing motion and attached Addendum I were sent by first-class mail, postage prepaid on this the ___ day of November, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramón A. Lòpéz
No. 261685
Northern C.I.
P.O. Box 665
Somers, Conn. 06071-0665

                                  _____
                                  ATTY. ERSKINE D. McINTOSH

19 Motion-Extension of Scheduling Deadlines