UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RAMON LOPEZ | \*   3:02 CV 1020 (RNC) |
| | \* |
| V. | \* |
| | \* |
| JAMES SMILEY, ET AL | \*   NOVEMBER 17, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SEAL

The plaintiff moves this Court to Seal the attached motion and act thereon, ex parte.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

### CERTIFICATION

This is to certify that a copy of the foregoing notice was sent by first-class mail, postage prepaid on this the 17th day of November, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramón A. Lòpéz
No. 261685
Northern C.I.
P.O. Box 665
Somers, Conn. 06071-0665

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Motion to Seal