UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

FILED
2004 NOV 19 A 10: 59
U.S. DISTRICT COURT
HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                              \*   3:02 CV 1020 (RNC)
                                         \*
V.                                       \*
                                         \*
JAMES SMILEY, ET AL                      \*   NOVEMBER 18, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXTENSION OF SCHEDULING ORDER

The plaintiff moves that the Court extend the scheduling deadlines set out in its December 1st, 2003 Scheduling Order. More time is needed for investigation, discovery and settlement discussions. This is the plaintiff's first such request. These proposed deadlines were a product of a discussion between the defendants' counsel and the undersigned. Hence the plaintiff moves that the Court adopt and the defendants' counsel has no objection to the Court ordering the following:

1. Parties' Disclosure of Expert Witnesses by: January 11, 2005

2. Depositions and discovery completed by: February 11, 2005

**November 24, 2004**

Lopez v. Smiley, et al., 3:02-CV-1020

Re: Motion for Extension of Scheduling Order (Doc. #110):

The request to extend the time for completing discovery is granted in part. Expert reports will be disclosed on or before January 11, 2005, and all discovery, including discovery relating to experts, will be completed by February 1, 2005. The request to extend the time for filing dispositive motions is denied. A settlement conference will be conducted by the Magistrate Judge at a date to be scheduled by her chambers. If the case does not settle, the trial will begin with jury selection on March 8, 2005, at 9:00 a.m. So ordered.

Robert N. Chatigny USDJ