UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIV. NO. 3:02CV1020 (RNC)(DFM) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | DECEMBER 1, 2004 |

## MOTION FOR PERMISSION TO CONDUCT MEDICAL EXAMINATION

The defendants, by and through their undersigned counsel, and pursuant to Rule 34, F.R.Civ.P., respectfully move for an order that the plaintiff, Ramon Lopez, submit to an examination for his claims of injury in this case. In support of their motion, the defendants represent that the plaintiff claims he sustained permanent injuries when he was assaulted by correctional officers at the Northern Correctional Institution in Somers, CT in 2001. He has claims headaches, impairment of his vision in his right eye, memory lapses, back pain, knee pain, nose defect, and anxiety and fear. Plaintiff is still incarcerated at the Northern Correctional Institution.

Because the extent of the plaintiff's disabilities and the cause thereof will be issues in this case, it is requested that the plaintiff be required to submit to examination and testing by Dr. Edward Blanchette, and referral for other consult if necessary, at the Northern Correctional Institution or at such other time and place as may be required. A copy of Dr. Blanchette's Curriculum Vitae is attached.

        DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: \_\_\_\_/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Robert.Vacchelli@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of December, 2004.

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
P.O. Box 18579
Hamden, CT 06518

Ramon Lopez #261685
Northern Correctional Institution
287 Bilton Road
P.O. Box  665
Somers, Ct 06071

\_\_\_\_/s/_____
Robert F. Vacchelli
Assistant Attorney General