# CURRICULUM VITAE — Edward Andrew Blanchette, M.D.

**DATE OF BIRTH:** July 9, 1948 in Nashua, New Hampshire

**SEX:** Male

**CITIZENSHIP:** United States of America

**FORMAL EDUCATION:**

Bishop Bradley High School, Manchester, NH 1966

B.A. Boston University, magna cum laude, Chemistry, 1970

M.D. University of Vermont College of Medicine, Burlington, VT, 1974

**HOSPITAL TRAINING:**

Intern in Medicine, St. Francis Hospital & Medical Center Hartford, CT 1974-1975

Resident in Medicine, St. Francis Hospital & Medical Center, Hartford, CT 1975-1976

Chief Resident in Medicine, St. Francis Hospital & Medical Center, Hartford, CT 1976-1977

Post Doctoral Fellow in Infectious Diseases and Microbiology Combined Program with the University of Connecticut, Farmington, CT and St. Francis Hospital & Medical Center, Hartford, CT 1977-1979

**MILITARY SERVICE:** None

**APPOINTMENTS:**    Medical Attending Staff Physician at St. Francis Hospital & Medical Center, 1979-1994

Assistant Clinical Professor of Medicine, University of Connecticut College of Medicine, 1980-1990, then since December 1995

Infectious Disease Consultant (Attending Staff) at the University of Connecticut Dempsey Hospital, 1979-1980

Infectious Disease Consultant (Private Practice) at St. Francis Hospital & Medical Center, 1979-1994

Hospital Clinical Director, Somers-CCI, Connecticut Department of Correction, Somers, CT 1984-1990

Acting Director of Health Services, Connecticut Department of Correction, March 1990-February 1991

Clinical Coordinator, Division of Health Services, Department of Correction, March 1991-April 1993

Hospital Clinical Director, MacDougall CC, Connecticut Department of Correction since April 1993

Member - Connecticut TB Elimination Advisory Committee, 1993-1995

Acting Director of Health Services, Connecticut Department of Correction, February 1995 - May 1995

Acting Director of Clinical and Professional Services - Division of Health Services, Connecticut Department of Correction since May 1995

Member - State of Connecticut Medical Disability Retirement Board since 1995

Medical Attending Staff, UCONN John Dempsey Hospital, since January 1996

**BOARD CERTIFICATION:**   National Board of Medical Examiners 1975

American Board of Internal Medicine 1975

Diplomate in Subspecialty of Infectious Diseases 1982

**PROFESSIONAL ORGANIZATIONS:**

American Association for Advancement of Science, 1984-1990

Hartford County Medical Association, 1980-1994

State of Connecticut State Medical Society, 1980-1994

American Society of Microbiology since 1995

**LICENSURE:**

State of Connecticut, License to practice Medicine and Surgery since July 1975

**PUBLICATIONS:**

Blanchette, Rubin: Seroepidemiology of Clinical Isolates of Klebsiella in Connecticut J. Clin. Microbiol. 11:474-478, 1980

**MISCELLANEOUS MEDICAL PRACTICE:**

Emergency Room Physician at St. Francis Hospital & Medical Center from 1975 until 1980

Emergency Room Physician at Sharon Hospital, Sharon, CT from 1978 until 1980