**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | NOVEMBER 18 , 2004 |

## STIPULATION FOR SECOND AND THIRD PROTECTIVE ORDERS

The plaintiff, Ramon Lopez, and the defendants, James Smiley, et al., by and through their undersigned counsel, hereby stipulate and agree that the videotapes to be produced in the above case shall be disclosed, and premises inspected, pursuant to and subject to the conditions named in the attached proposed Second and Third Protective Orders which the parties herewith request the Court to order.

PLAINTIFF,
Ramon Lopez

BY:_____/s/_____
Erskine D. McIntosh
Law Offices of Erskine D. McIntosh, P.C.
Federal Bar No. ct09743
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364
Telephone No. (203) 787-9994
Fax No. (203) 848-1213

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:\_\_\_\_/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of December, 2004:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General