**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | DECEMBER 1, 2004 |

## SECOND PROTECTIVE ORDER

In order to protect the security interests of facilities, staff and inmates of the Connecticut Department of Correction, disclosure of a handheld videotape recording of events at the Northern Correctional Institution contained on the videotape marked "I/M Lopez #261685 9/5/01", shall be disclosed subject to the following:

The videotape obtained by plaintiff's' counsel through discovery from the defendants, described above, shall be available to plaintiff's counsel and the plaintiff where not contraband, and shall not be re-disclosed by plaintiff or plaintiff's counsel to any other persons except as follows and under the following circumstances:

    1.    The videotapes shall be used only for the purposes of this litigation and not for any other purpose or litigation whatsoever.

    2.    The videotapes shall not be given, shown, made available, communicated or otherwise disclosed by plaintiff or plaintiff's counsel to any other person whatsoever except:

        a.    parties and counsel of record for the parties;

    b. employees of counsel assigned to and necessary to assist such counsel in the preparation and trial of this case,

    c. experts to the extent deemed necessary by counsel for this litigation,

    d. deponents noticed by the parties,

    e. third parties whom counsel believe in good faith, will testify at trial,

    f. the Court or Jury.

  3. The videotapes, and all copies of same, shall not be given to any person unless such person agrees that he or she shall not reveal or discuss such materials to or with any person who is not entitled to discover such information under the terms of this protective order or otherwise.

  4. The videotapes, and all copies of same, shall be returned to the Connecticut Department of Correction upon the resolution of this lawsuit.

  5. The use of deposition testimony regarding the videotapes, and the use of the documents or videotapes in any Court proceeding, including but not limited to hearing or trial, shall be made in accordance with the Court's orders and Court's rules of practice in the manner most appropriate to prevent the re-disclosure of the information and videotapes consistent with this order.

  6. These restrictions shall not apply to the defendants and their counsel.

**SO ORDERED**

Dated at Hartford, Connecticut this _____ day of_____, 2004.

_____
U.S. Magistrate Judge