**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | DECEMBER 1, 2004 |

## THIRD PROTECTIVE ORDER

In order to protect the security interests of facilities, staff and inmates of the Connecticut Department of Correction, plaintiff's counsel may conduct a visual inspection of parts of the Northern Correctional Institution, Somers, CT, subject to the following:

1. Plaintiff's counsel, Erskine D. McIntosh, or his non-inmate designated, authorized employee or agent acceptable to the Department of Correction, may conduct a visual inspection of the 1 East 216 Cell and A/P Room Cell 4 area described in plaintiff's Amended Complaint in the above case, to assist counsel in his understanding of the facts alleged. The designee, if any, shall not be a witness or expert in the case and re-disclosure of observations shall be limited to counsel for his work on this case only. The inspection may take place on a date mutually convenient for the parties on one day during the hours of 8 a.m. to 5 p.m.

2. Counsel or his above designee will be escorted by Major Terence Rose of the Northern Correctional Institution, or other officers designated by the Warden, and counsel for defendants may participate. Plaintiff, present or former inmates, or other representatives of plaintiff may not attend.

3. No photographs, audio or video, or other electronic, photographic or any other recordings of the interior of the prison shall be permitted.

4. Plaintiff's counsel or above designee shall not be permitted to question staff or inmates during the inspection, except as may be necessary to make the tour understandable, and if questions are asked, the questioner must identify himself/herself as counsel for the parties and their purpose, and advise that they are under no obligation to answer questions..

5. No records or documents are required to be disclosed during the inspection, except as may be agreed upon by counsel for the parties.

6. Defendants reserve the right to object to disclosure of any information which is privileged or could jeopardize the security of the facility, staff or inmates. Non-disclosed information may be subject to a Motion to Compel or further protective order if the parties are unable to resolve such issues without Court adjudication.

7. Nothing in this Order shall be construed to limit, qualify or modify in any respect the authority of the Warden of the Northern Correctional Institution or his designee to maintain at all times order and security at the Northern Correctional Institution.

**SO ORDERED**

Dated at Hartford, Connecticut this _____ day of_____, 2004.

_____
U.S. Magistrate Judge