### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### (Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                          *    3:02 CV 1020 (RNC)

    V.                               *

                                 *

JAMES SMILEY, ET AL                  *    NOVEMBER 17, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEAL

The plaintiff moves this Court to Seal the attached motion and act thereon, ex parte.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____

ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing notice was sent by first-class mail, postage prepaid on this the 17th day of November, 2004 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramón A. Lòpéz
No. 261685
Northern C.I.
P.O. Box 665
Somers, Conn. 06071-0665

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Motion to Seal