*119*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON LOPEZ                          :        NO. 3:02CV1020(RNC)(DFM)

    VS.                              :

JAMES SMILEY, ET AL.                 :        ~~APRIL~~      , 2004

## STIPULATION FOR ~~FIRST~~, SECOND AND THIRD PROTECTIVE ORDERS

The plaintiff, Ramon Lopez, and the defendants, James Smiley, et al., by and through

their undersigned counsel, hereby stipulate and agree that the videotapes to be produced in the

above case shall be disclosed, and premises inspected, pursuant to and subject to the conditions

named in the attached proposed First, Second and Third Protective Orders which the parties

herewith request the Court to order.

                              PLAINTIFF,
                              Ramon Lopez

                              BY
                              Erskine D. McIntosh
                              Law Offices of Erskine D. McIntosh, P.C.
                              Federal Bar No. ct09743
                              3129 Whitney Ave., Second Floor
                              Hamden, CT 06518-2364
                              Telephone No. (203) 787-9994
                              Fax No. (203) 848-1213

2004 DEC 14  A 8: 12
U.S. DISTRICT COURT
HARTFORD, CT.

FILED

12/13/04  Approved. So ordered.