UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON LOPEZ | : CIV. NO. 3:02CV1020 (RNC)(DFM) |
| v. | : |
| JAMES SMILEY, ET AL. | : DECEMBER 1, 2004 |

### MOTION FOR PERMISSION TO CONDUCT MEDICAL EXAMINATION

The defendants, by and through their undersigned counsel, and pursuant to Rule 34, F.R.Civ.P., respectfully move for an order that the plaintiff, Ramon Lopez, submit to an examination for his claims of injury in this case. In support of their motion, the defendants represent that the plaintiff claims he sustained permanent injuries when he was assaulted by correctional officers at the Northern Correctional Institution in Somers, CT in 2001. He has claims headaches, impairment of his vision in his right eye, memory lapses, back pain, knee pain, nose defect, and anxiety and fear. Plaintiff is still incarcerated at the Northern Correctional Institution.

Because the extent of the plaintiff's disabilities and the cause thereof will be issues in this

[text obscured] it is requested that the plaintiff be required to submit to examination and testing by Dr. Ed-

---

December 29, 2004.   Lopez v. Smiley
                     3:02CV01020 (RNC)

Re:  Defendants' Motion for Permission to Conduct Medical Examination (Doc. # 118)

Granted absent objection. Plaintiff has placed his medical condition in controversy, Second Amended Compl. ¶ 70, and there is good cause to authorize an examination pursuant to Fed. R. Civ. P. 35(a). So ordered.

Robert N. Chatigny, U.S.D.J.