United States District Court
District of Connecticut
FILED AT HARTFORD
Kevin F. Rowe, Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RAMON LOPEZ | *  3:02 CV 1020 (RNC) |
| | * |
| V. | * |
| | * |
| JAMES SMILEY, ET AL | *  NOVEMBER 23, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION UNDER SEAL TO ORDER THE U.S. MARSHAL'S SERVICE TO SERVE SUBPOENAS FOR THE PLAINTIFF

Pursuant to the June 25, 2002 Order granting Mr. Lòpéz's motion to proceed In

Forma Pauperis, the plaintiff moves this Court for an Order directing the U.S. Marshal's

Service to serve the subpoenas attached hereto. At present, the originals of the subpoenas

herein are in the possession of Deputy U.S. Marshal Russell Sinney who is located in the

Hartford Federal Courthouse. Enclosed is a letter the undersigned sent to the U.S. Marshal's

Service that accompanied the two subpoenas Marshal Sinney possesses.

The undersigned felt that give the fact that subpoenas must be personally served

pursuant to Rule 46 FRCP, it would be more economical to have them served by the

Marshal's Office. Given that there may be other subpoenas to serve, the undersigned

requests that the Order indicate that the U.S. Marshals Service it is to serve subpoenas

tendered by the undersigned in this case until further notice.