UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIV. NO. 3:02CV1020(RNC)(DFM) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | JANUARY 19, 2005 |

**MOTION TO QUASH SUBPOENAS AND MOTION FOR PROTECTIVE ORDER**

      The defendants, James Smiley, et al., and the Department of Correction and Connecticut State Police, by and through their undersigned counsel and pursuant to Rule 26 (c) and Rule 45 (c), F. R. Civ. P., hereby request the court to quash the subpoenas issued by plaintiff dated November 17, 2004, attached in Exhibits A and B, and any similar, later dated subpoenas for the same material issued to Lt. Raymond Rochefort or the Department of Correction, and Det. Neverill Coleman or Connecticut State Police, for the reasons stated in the attached memorandum.

                                                DEFENDANTS
                                                James Smiley, et al. and Department of
                                                Correction and Connecticut State Police

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

                              BY:      /s/
                                                  Robert F. Vacchelli
                                                Assistant Attorney General
                                                110 Sherman Street
                                                Hartford, CT  06105
                                                Federal Bar #ct05222
                                                Tel:  (860) 808-5450
                                                Fax:  (860) 808-5591
                                                Robert.Vacchelli@po.state. ct.us

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of January, 2005.

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

Ramon Lopez # 261685
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

                  /s/
                Robert F. Vacchelli
                Assistant Attorney General