# EXHIBIT A

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**
(Hartford)

RAMON LOPEZ

V.

JAMES SMILEY, et al

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]   3:02 cv 1020 (RNC)

TO: LT. RAYMOND ROCHEFORT-(860-692-7505)-Investigations Unit, Security Division, Dept. of Correction, 24 Wolcott Hill Rd., Wethersfield, Ct.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): A COPY OF THE ENTIRETY OF THE D.O.C IVESTIGATION FILE CONCERNING Case No.: II 02-37, TOGETHER WITH ALL EVIDENCE OF IATEVER KIND AND/OR DESCRIPTION COLLECTED INCLUSIVE OF ALL STATEMENTS, MEMORANDA, CTURES, E-MAIL, AND/OR RECORDINGS OF WHATEVER KIND AND/OR DESCRIPTION.

| PLACE | DATE AND TIME |
|---|---|
| The Law Offices of Erskine D. McIntosh, P.C. 3129 Whitney Avenue, 2nd Floor, Hamden, Conn. 06518 | 12 -5 PM Thur., Dec. 2, 2004 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for the Plaintiff | 11/17/2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ATTY. ERSKINE D. MCINTOSH, 3129 Whitney Avenue, 2nd Floor, Hamden, Ct. 06518
203-787-9994

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

# EXHIBIT B

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF __CONNECTICUT__
(Hartford)

RAMON LOPEZ

V.

JAMES SMILEY, et al

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:[1]  3:02 cv 1020 (RNC)

TO: __DET. NEVERILL COLEMAN-(800-318-7633)-Investigation Section, Eastern District, Troop C, Connecticut State Police, 1320 Tolland Stage Road, Tolland, Conn.__

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): A COPY OF THE ENTIRETY OF STATE POLICE INVESTIGATION FILE CONCERNING CASE NO.: C-01-302562, TOGETHER WITH ALL EVIDENCE OF WHATEVER KIND AND/OR DESCRIPTION COLLECTED INCLUSIVE OF ALL STATEMENTS, MEMORANDA, PICTURES, E-MAIL, AND/OR RECORDINGS OF WHATEVER KIIND AND/OR DESCRIPTION.

| PLACE | DATE AND TIME |
|---|---|
| The Law Offices of Erskine D. McIntosh, P.C. 3129 Whitney Avenue, 2nd Floor, Hamden, Conn. 06518 | 12 - 5 pm Thur., Dec. 2, 2004 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for the Plaintiff | 11/17/2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ATTY. ERSKINE D. MCINTOSH, 3129 Whitney Avenue, 2nd Floor, Hamden, Ct. 06518
203-787-9994

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

# EXHIBIT C

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RAMON LOPEZ, :
: 
    Plaintiff, :
:
v. : CASE NO. 3:02CV1020(RNC)
:
JAMES SMILEY, ET AL., :
:
    Defendants. :

### RULING ON PLAINTIFF'S DISCOVERY MOTIONS

Pending before the court are the plaintiff's motions to compel. (Doc. #44, 58.) The motions are GRANTED in part and DENIED in part as follows:

1. Request for Production 1 is denied.

2. Request for Production 2 is granted as follows. The defendants shall review files pertaining to the defendant Smiley to determine whether there exist any documents responsive to the plaintiff's request. If there exist responsive documents, they shall be submitted to the court for in camera review. The court then will determine whether the documents shall be disclosed to the plaintiff. If there are no responsive documents, counsel shall so state in writing.

3. Request for Production 3 is denied. Informant identity is subject to the informer's privilege. Roviaro v. United States, 353 U.S. 53, 59 (1957). As courts within this district have noted, "[t]he burden is on the [movant] to demonstrate the need for the extraordinary remedy of disclosure." Ortega v. United States, 897

F. Supp. 771, 780 (S.D.N.Y. 1995). On the present record, the plaintiff has failed to discharge his "burden of establishing that the information sought is both relevant and essential to the presentation of his case on the merits . . . and that the need for disclosure outweighs the need for secrecy." <u>Cullen v. Margiotta</u>, 811 F.2d 698, 715-16 (2d Cir.) (citations omitted), <u>cert. denied</u>, 483 U.S. 1021 (1987), <u>overruled on other grounds</u>, <u>Agency Holding Corp. v. Malley-Duff & Associates, Inc.</u>, 483 U.S. 143 (1987).

    4.    Request for Production 4 is granted as to plaintiff's counsel only and pursuant to a protective order or confidentiality agreement.

    5.    Request for Production 5 is granted as follows. The tapes may be produced to plaintiff's counsel and the plaintiff pursuant to a protective order or confidentiality agreement.

    6.    Request for Production 6 is denied as moot.

SO ORDERED at Hartford, Connecticut this 23rd day of July, 2004.

                                                      /s/
                                       Donna F. Martinez
                                       United States Magistrate Judge