UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIV. No. 3:02CV1020(RNC)(DFM) |
| V. | : | |
| JAMES SMILEY, ET AL. | : | JANUARY 19, 2005 |

## **AFFIDAVIT**

The undersigned, Robert F. Vacchelli, being duly sworn, deposes and says:

1. That I am an Assistant Attorney General assigned to represent the defendants in the above captioned case. I also represent the Connecticut Department of Correction and Connecticut State Police pursuant to Conn. Gen. Stat. § 3-125.

2. On or about January 7, 2005, I received notification of court orders respecting two subpoenas intended for service on the Department of Correction, Security Division, and Connecticut State Police, seeking to obtain reports of those agencies concerning the incidents in issue in the above case.

3. The subject reports contain information showing the identity of inmate informants, the disclosure of which would jeopardize security; contain personal information about inmates and staff, the disclosure of which jeopardizes security and invades privacy; contain disciplinary work history which the court is holding in camera pending further decision; and contain videotape evidence which the court has allowed to be disclosed only pursuant to protective order, if at all. Also, at this point in the litigation, the subpoena effort is redundant to previous discovery, covers

subjects dismissed from the lawsuit by previous orders of the court, and attempts to obtain information that the court has previously, and expressly, denied.

4.  In an effort to resolve issues without court intervention, the undersigned, on January 18, 2005, discussed the above objections with plaintiff's counsel.

5.  Plaintiff's counsel agreed that the home addresses of officers could be redacted, and to await court order regarding disclosure of disciplinary history, but no agreement was reached as to the other disputed records.

Dated at Hartford, Connecticut this 18th day of January, 2005.

_____
Robert F. Vacchelli

Subscribed and sworn to before me this 18th day of January, 2005.

_____
Commissioner of the Superior
Court

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on the 19th day of January, 2005:

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

Ramon Lopez #261685
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Robert F. Vacchelli
Assistant Attorney General