UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAMON LOPEZ, :
:
    Plaintiff, :
:
v. : CASE NO. 3:02CV1020 (RNC)
:
JAMES SMILEY, ET AL., :
:
    Defendants. :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___   To supervise discovery and resolve discovery disputes;

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___   To conduct settlement conferences;

___   To conduct a prefiling conference;

___   To assist the parties in preparing a joint trial memorandum;

_X_   A ruling on the following pending motions:
    Motion to Quash and for Protective Order [doc. 130]

So ordered.

Dated at Hartford, Connecticut this 21 day of January 2005.

Robert N. Chatigny
United States District Judge