UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

RAMON LOPEZ,                          :

     Plaintiff,                     :        2005 JAN 21  P 4: 04

v.                                    :                        U.S. DISTRICT COURT
                                      :   CASE NO. 3:02CV1020 (RNC)  CT.
JAMES SMILEY, ET AL.,                 :

     Defendants.                    :

<u>PRETRIAL ORDER</u>

It is hereby ordered:

1.    Trial will commence with jury selection on **March 8, 2005,**
at 9:00 a.m.

2.    The joint trial memorandum must be filed on or before
**February 14, 2005.**

3.    Presentation of evidence will begin as soon as possible
following jury selection.   Other cases are set for jury selection
on the same day as this one.   Consequently, presentation of evidence
in this case might be delayed.

4.    The date for a final pretrial conference will be set prior
to the jury selection date.

So ordered.

Dated at Hartford, Connecticut this _2/_ day of January 2005.

                                      _____
                                    Robert N. Chatigny
                               United States District Judge