FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 JAN 31 AM 8:10

U.S. DISTRICT COURT
HARTFORD, CT.

RAMON LOPEZ,

    Plaintiff,

V.

JAMES SMILEY, ET AL.,

    Defendants.

CASE NO. 3:02CV1020 (RNC)

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Mark R. Kravitz. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven and bear the docket number 3:02cv1020(MRK). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

So ordered.

Dated at Hartford, Connecticut this 30 day of January 2005.

                                            Robert N. Chatigny
                                            United States District Judge