UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RAMON LOPEZ | \*   3:02 CV 1020 (RNC) |
| | \* |
| V. | \* |
| | \* |
| JAMES SMILEY, ET AL | \*   FEBRUARY __, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The plaintiff moves that the Court extend the scheduling deadlines set out in its November 24th, 2004 Scheduling Order.

The defendants have moved and obtained a medical examination of the plaintiff. The plaintiff's finances have forced him to seek other means of financing the prosecution of this case. The plaintiff has diligently pursued the prosecution of this case but more time is needed prepare his case for trial. Additionally, on Saturday, January 29th, 2005 at 4 a.m., Mr. Lopez was transferred to Garner C.I., upon information and belief, under the pretense that he presented as a suicide risk while incarcerate at Cheshire C.I. This transfer, Mr. Lopez believes this to be in retaliation for his letter to this Court concerning inmate Michael Ross. Though the undersigned was able to speak with Mr. Lopez twice today the undersigned has been unable to get permission to meet with Mr. Lopez, after the undersigned attempted, to communicate with both Warden Gomez and his next in command, Major Foley, both Garner for the purpose of ascertaining Mr. Lopez's safety.

Though, Major Foley did return my call today, I was not able to schedule a meeting with Mr. Lopez in advance of filing this motion. Further, a settlement conference is scheduled for Tuesday, February 8, 2005 but given this suspect, dead of night transfer, the need to further

1

develop and further investigate the plaintiff's case and the totality of the circumstances the undersigned believes that granting this motion and canceling the settlement conference would in the long run for all concerned, prove beneficial. This is the plaintiff's second such request. Counsel for the defendants informed the undersigned that he has no objection an extension request made on the plaintiff's behalf. Hence the plaintiff moves that the Court adopt the following:

1. Parties' Disclosure of Expert Witnesses by: April 4, 2005

2. Depositions and discovery completed by: April 29th, 2005

3. Judicial settlement conference between: May 11, 2005 & May 25, 2005.

4. Dispositive Motions by: June 13, 2005

5. Trial: Within 60 days of Court's ruling on dispositive motions.

RESPECTFULLY SUBMITTED,
RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

**C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing motion and attached Addendum I were sent by first-class mail, postage prepaid on this the ___1___ day of February, 2005 to:

Atty. Robert F. Vacchelli

2

Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramón A. Lòpéz
No. 261685
Garner C.I.
P.O. Box 5500
Newtown, Conn. 06470

ATTY. ERSKINE D. McINTOSH

19 Motion-Extension of Scheduling Deadlines

3