UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RAMON LOPEZ | * | 3:02 CV 1020 (RNC) |
| | * | |
| V. | * | |
| | * | |
| JAMES SMILEY, ET AL | * | FEBRUARY /2, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION DESIGNATION OF PRO BONO PANEL CASE

Pursuant to Local Rule 29, the plaintiff moves this Court; designate this action as one under the auspices of the Pro Bono Panel. Attached is a financial affidavit that contains information obtained from Mr. Lopez by the undersigned over the telephone on this day. The original affidavit is being mailed to Mr. Lopez for his signature because the undersigned could not get permission from either the Warden or Major Foley of Garner C.I. for permission to see Mr. Lopez. Hence, the fully executed affidavit shall be forthcoming. However, the undersigned does swear that the information contained on the form was orally given to him today by the principal. Given the fact that Mr. Lopez does not have the financial resources to prosecute this case he entreats this court to grant this motion.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

19 Motion-SEAL PRO BONO PANEL