UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
RAMON LOPEZ,                        :
                                    :
    Plaintiff,                      :
                                    :
    v.                              :    CASE NO. 3:02CV1020(MRK)
                                    :
JAMES SMILEY, ET AL.,               :
                                    :
    Defendants.                     :
```

## RULING ON PLAINTIFF'S DISCOVERY REQUEST

In response to the plaintiff's motion to compel a response to request for production 2, which sought particular records pertaining to defendant Smiley, the court, after hearing oral argument, ordered the defendants to submit responsive documents to the court for an <u>in camera</u> review. <u>See</u> doc. #99. The defendants thereafter submitted the records to the court for review. The Clerk of the Court shall file the responsive documents under seal.

Upon review, the documents fell into three categories: documents regarding sick leave, documents regarding tardiness and documents concerning an investigation of an alleged 2001 assault against an inmate. The first and second categories are not relevant to this litigation and need not be disclosed. The investigation into the alleged 2001 assault is relevant within the meaning of Fed. R. Civ. P. 26(b)(1). Those documents shall be disclosed.

SO ORDERED at Hartford, Connecticut this 15th day of February, 2005.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge