UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RAMON LOPEZ | * | 3:02 CV 1020 (MRK) |
| | * | |
| V. | * | |
| | * | |
| JAMES SMILEY, ET AL | * | FEBRUARY __, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING MOTION UNDER SEAL

Please be advised that the undersigned has filed a motion under seal, which has nothing to do with the substantive or procedural issues in this case, requesting the Court to act thereon ex parte.

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

## CERTIFICATION

This is to certify that a copy of the foregoing notice was sent by first-class mail, postage prepaid on this the ___ day of February, 2005 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

1

Mr. Ramón A. Lòpéz
No. 261685
Cheshire C.I.
900 Highland Avenue
Cheshire, Conn. 06410

_____
ATTY. ERSKINE D. McINTOSH

19 Motion-Notice-Motion Under Seal

2