# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (New Haven)

```
*************************************
```

RAMON LOPEZ        *   3:02 CV 1020 (MRK)
            *
  V.         *
            *

JAMES SMILEY, ET AL    *   FEBRUARY 22, 2005

```
*************************************
```

## MOTION TO SEAL

The plaintiff moves this Court to Seal the attached motions and act thereon ex parte.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____

**ATTY. ERSKINE D. McINTOSH**
**FEDERAL BAR NO. CT 09743**
**THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.**
**3129 WHITNEY AVENUE, SECOND FLOOR**
**HAMDEN, CT 06518-2364**
**(203) 787-9994**
**FAX (203) 848-1213**

### COUNSEL FOR THE PLAINTIFF

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing notice was sent by first-class mail, postage prepaid on this the _____ day of February, 2005 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramón A. Lòpéz
No. 261685
Cheshire C.I.
900 Highland Avenue
Cheshire, Conn. 06410

_____
**ATTY. ERSKINE D. McINTOSH**

19 Motion-Motion to Seal