UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ           \*

V.                    \*   3:02 CV 1020 MRK)
                      \*
                      \*   JUNE 27, 2005
JAMES SMILEY, ET AL   \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE HONORABLE U.S. DISTRICT COURT, WITHIN AND FOR THE DISTRICT OF CONNECTICUT, STATE OF CONNECTICUT:**

Atty. Erskine D. McIntosh, of the Town of Hamden and County of New Haven, complains and says that Mr. Ramon Lopez is the plaintiff and/or an important witness in the above-entitled case. The complainant further states that said Mr. Ramon Lopez now is, and for many days has been, confined and held in imprisonment by the Connecticut Department of Corrections by the Commissioner thereof.

**WHEREFORE**, the applicant prays that a Writ of Habeas Corpus ad Testificandum be issued, ordering the Commissioner of the Connecticut Department of Corrections, Suffield, Connecticut, to produce the body of said Mr. Ramon Lopez before the U.S. District Court, 141 Church Street, New Haven, Connecticut **at 3:00 p.m., Tuesday, July 19th, 2005** and as this Court requires in said case thereafter.

_____
ATTY. ERSKINE D. McINTOSH

STATE OF CONNECTICUT )
                     ) ss.   Hamden
COUNTY OF NEW HAVEN  )

Personally appeared Erskine D. McIntosh, Esquire, on this 27th day of June, 2005 under oath, and made affidavit to the truth of the foregoing statement before me.

_____
COMMISSIONER OF THE U.S. DISTRICT COURT
NOTARY PUBLIC Susan J. DeSilvis
My Commission Expires: 11/30/2007

19 Habeas Corpus-Fed-NH

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **RAMON LOPEZ** | \* | |
| | \* | |
| V. | \* | **3:02 CV 1020 (MRK)** |
| | \* | |
| **JAMES SMILEY, ET AL** | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE WARDEN OF THE MACDOUGALL CORRECTIONAL INSTITUTION**

**GREETINGS**: WARDEN JOHN SIEMINSKI. ***WHEREAS***, ATTY. ERSKINE D. McINTOSH, within and for the Town of Hamden and County of New Haven, has made this complaint to this Court alleging that MR. RAMON LOPEZ, is confined at the Connecticut Department of Correction's MacDougall C.I. and praying for a Writ of Habeas Corpus to the end that said Mr. Ramon Lopez be presented before the U.S. District Court, 141 Church Street, New Haven, Connecticut **at 3:00 p.m., Tuesday, July 19th, 2005** and as required in said case thereafter, said complaint is supported by the oath of said Atty. Erskine D. McIntosh, dated June 27th, 2005.

***THESE ARE THEREFORE BY THE AUTHORITY OF THE UNITED STATES OF AMERICA***, command you, the Warden of the Connecticut Department of Correction's MacDougall C.I. to present the body of said Mr. Ramon Lopez to appear before the Honorable U.S. District Court, 141 Church Street, New Haven, Connecticut **at 3:00 p.m., Tuesday, July 19th, 2005** and as required in said case thereafter so that he can participate and, if necessary, to testify in the case of <u>Ramon Lopez versus C.O. Smiley, et al</u>.

Dated at Hartford, Connecticut this _____ day of June, 2005.

**THE COURT**

BY: _____
**THE HONORABLE MARK R. KRAVITZ**
**U.S. DISTRICT COURT JUDGE**

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 27th day of June, 2005 to:

Atty. Robert F. Vacchelli  
Assistant Attorney General  
110 Sherman Street  
Hartford, Conn. 06105

_____  
ATTY. ERSKINE D. McINTOSH