UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RAMON A. LOPEZ | *  3:02 CV 1020 (MRK) |
| V. | * |
| JAMES SMILEY, ET AL | *  JUNE 27, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO FILE THE PROPOSED THIRD AMENDED CONFORMING COMPLAINT

Comes now the plaintiff, by and through his counsel, who pursuant to this Court's Ruling and Order of June 24, 2005 (#150) entreats this Court to issue an order granting this motion to permit the plaintiff to file the attached amended complaint to conform to the aforementioned ruling.

RESPECTFULLY SUBMITTED,

RAMON A. LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 27 day of June, 2005 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramon A. Lopez, No. 261685
MacDougall C.I.
1153 East Street South
Suffield, Conn. 06080

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION- AMEND COMPLAINT-CONFORMING-LOPEZ