UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON LOPEZ, : | |
| : | |
| Plaintiff, : | |
| : | No. 3:02CV1020 (MRK) |
| v. : | |
| : | |
| JAMES SMILEY, et al., : | |
| : | |
| Defendants. : | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_  A ruling on the following motions which are currently pending: Doc. #[\_\_]
_____
_____

_X_  A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_  A conference to discuss the following:
_____

\_\_\_\_  Other:
_____

SO ORDERED this 5th day of July, 2005 at New Haven, Connecticut.

/s/     Mark R. Kravitz
United States District Judge