FILED

2005 JUL -7

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

*******************************************
RAMON LOPEZ                              *    3:02 CV 1020 (MRK)
                                         *
    V.                                   *
                                         *
JAMES SMILEY, ET AL                      *    JUNE 2⁷, 2005
*******************************************

### MOTION TO SEAL

The plaintiff moves this Court to Seal the attached motion and act thereon, ex parte.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

19 Motion-Motion to Seal