UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(MRK) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | JULY 13, 2005 |

**DEFENDANTS' STATUS CONFERENCE REPORT**

The following is submitted pursuant to the Court's Order requiring the parties in the above captioned case to submit a Status Conference report by July 14, 2005.

1.   **Brief Statement of the Case:**  This case is a civil rights action with state law claims by Ramon Lopez, an inmate of the Connecticut Department of Correction.  By decision dated June 24, 2005, the court granted plaintiff's Motions for Reconsideration of previous rulings, allowing plaintiff to add claims, allegations and defendants.  Pursuant to that decision, plaintiff filed a "Motion to File the Proposed Third Amended Conforming Complaint" dated June 27, 2005, and, after discussion with counsel, a superceding "Motion to File the Proposed First Amended Conforming Complaint" dated July 1, 2005.  The proposed new complaint adds twelve more defendants, more claims, and allegations concerning the events of August 31, 2001, in addition to the events of September 5, 2001, wherein he alleges, inter alia, that he was assaulted by Officer James Smiley on both dates at the Northern Correctional Institution.

2.    **Counsel:**

Counsel for the Plaintiff, Ramon Lopez:

Erskine D. McIntosh, Esq.

Counsel for the Defendants, James Smiley, et al.:

Robert F. Vacchelli, Assistant Attorney General

3. **Discovery, Pleading Status, Expert Reports:** The defendants request to August 12, 2005, to file a Motion to Strike and Memorandum in Opposition to plaintiff's latest proposed Amended Complaint to the extent that it proposes to add the Estate of Saundra Katz-Feinberg. Mrs. Feinberg died on February 18, 2004, and defendants object to the addition of her estate at this late date. Also, after discussion, plaintiff's counsel agreed to delete claims for negligent infliction of emotional distress from the proposed Amended Complaint, but the allegation remains in Count 2, para. 2. Unless an agreement is reached on this point, this item will also be addressed by defendants in their Motion and Brief. Following decision on that challenge, defendants will request thirty (30) days to answer the amended complaint, sixty (60) days to complete discovery on the added allegations and claims, and ninety (90) days to file a supplement to the defendants' Expert Report.

4. **Dispositive Motions/Joint Trial Memorandum Schedule:** Defendants do not plan to file a Motion for Summary Judgment. The defendants request sixty (60) days following the end of the discovery deadline to file a new joint trial memorandum.

5. **Trial Date:** Thirty (30) days following filing of Joint Trial Memorandum or as scheduled by the court, whichever is later.

6. **Time Needed for Mediation/Settlement:** Two hours.

7. **History and Status of Settlement Negotiations:** The parties started to discuss settlement while plaintiff was without counsel, but no agreement was reached. No substantial

discussions have occurred since December, 2003, but, with the court's help, discussions could be resumed. The matter has been referred to Magistrate Judge Garfinkel for a settlement conference

       8.      **Other:**  On January 20, 2005, defendants file a Motion to Quash a subpoena issued by plaintiff. See Docket No. 130. That Motion is still pending.

      The undersigned shared a draft version of this report with counsel for the plaintiff, but did not receive a response as of this writing.

                                                  DEFENDANTS,
                                                  James Smiley, et al.

                                                  RICHARD BLUMENTHAL
                                                  ATTORNEY GENERAL

BY:        /s/_____
           Robert F. Vacchelli
           Assistant Attorney General
           Federal Bar No. ct05222
           110 Sherman Street
           Hartford, CT  06105
           Telephone No. (860) 808-5450
           Fax No. (860) 808-5591
           E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of July, 2005:

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT 06518-0789

             /s/
Robert F. Vacchelli
Assistant Attorney General

4