UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No.   3:02CV1020 (MRK) |
| v. | : | |
| | : | |
| JAMES SMILEY, et al., | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

For the reasons stated during an on-the-record telephonic status conference on July 19, 2005, the Court issued the following rulings:

(1)   Plaintiff's Motion for a Writ of Habeas Corpus Ad Testificandum [**doc. #151**] is DENIED.

(2)   Plaintiff's Motion to Seal [**doc. #156**] is GRANTED.  Plaintiff's most recent Sealed Motion dated June 28, 2005 [**doc. #157**] is GRANTED.  Plaintiff's previous Sealed Motion dated February 1, 2005 [**doc. #138**] is DENIED AS MOOT.

(3)   By agreement of the Parties, Plaintiff's Motion to File the Proposed Third Amended Conforming Complaint dated June 27, 2005 [**doc. #152**] is DENIED.

(4)   By agreement of the Parties, Plaintiff's Motion to File the Proposed First Amended Conforming Complaint dated July 1, 2005 [**doc. #154**] is DENIED without prejudice to renewal.

(5) Defendants' Motion to Quash Subpoenas and for Protective Order [**doc. #130**] is GRANTED. The identities of inmate informants will continue to be withheld from Plaintiff, and the Court will not revisit Magistrate Judge Martinez's Ruling on Plaintiff's Discovery Motions [doc. #99] and Ruling on Discovery Request [doc. #140].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 19, 2005.**