UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2005 JUL 25 P 3 28
(New Haven)

U.

*************************************

| | | |
|---|---|---|
| RAMON A. LOPEZ | * | 3:02 CV 1020 (MRK) |
| | * | |
| V. | * | |
| | * | |
| JAMES SMILEY, ET AL | * | JULY 22 2005 |

*************************************

### PLAINTIFF'S MOTION TO FILE THE PROPOSED CONFORMING COMPLAINT

Comes now the plaintiff, by and through his counsel, who pursuant to this Court's Ruling and Order of June 24, 2005 (#150) and the July 19th, 2005 telephonic pre-trial between this Court and the counsel for the parties, entreats this Court to accept for filing this conforming complaint.

The proposed conforming complaint accomplishes the following objective:

1. Deletes references to negligent infliction of emotional distress.

2. Deletes references to the Estate of Nurse Practicioner Saundra Katz-Feinberg and Nurse Practicioner Saundra Katz-Feinberg as a party defendant in exchange for the representations made by counsel for the defense that it would neither request apportionment of liability to this former defendant and/or her estate nor seek or exploit any advantage whatsoever in this litigation because this woman's absence as a defendant.

RESPECTFULLY SUBMITTED,

RAMON A. LOPEZ
THE PLAINTIFF

BY: _____

**ATTY. ERSKINE D. McINTOSH**
**FEDERAL BAR NO. CT 09743**
**THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.**
**3129 WHITNEY AVENUE, SECOND FLOOR**
**HAMDEN, CT 06518-2364**
**(203) 787-9994**
**FAX (203) 848-1213**

**COUNSEL FOR THE PLAINTIFF**

## C E R T I F I C A T I O N

   This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the _21_ day of July, 2005 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Mr. Ramon A. Lopez, No. 261685
MacDougall C.I.
1153 East Street South
Suffield, Conn. 06080

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION- AMEND COMPLAINT-CONFORMING-LOPEZ

2