UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RAMON A. LOPEZ | * | 3:02 CV 1020 (MRK) |
| | * | |
| V. | * | |
| | * | |
| JAMES SMILEY, ET AL | * | AUGUST ___, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO FILE THE PROPOSED SECOND CONFORMING COMPLAINT

Comes now the plaintiff, by and through his counsel, who pursuant to this Court's Ruling and Order of July 27th, 2005, entreats this Court to accept for filing this second conforming complaint. The proposed conforming complaint accomplishes the following objectives: Deletes references to negligent infliction of emotional distress and deletes references to the Estate of Nurse Practioner Saundra Katz-Feinberg, Nurse Katz and Nurse Practioner Saundra Katz-Feinberg in exchange for the representations made by defense counsel at the July 19th, 2005 judicial teleconference.

RESPECTFULLY SUBMITTED,

RAMON A. LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

## **C E R T I F I C A T I O N**

  This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 20th day of August, 2005 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 MOTION-COMPLAINT-CONFORMING-LOPEZ