# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (New Haven)

*************************************

RAMON LOPEZ

      V.

JAMES SMILEY, ET AL

*************************************

         *   3:02 CV 1020 (MRK)
         *
         *
         *
         *   August 22, 2005

## MOTION TO SEAL

The plaintiff moves this Court to Seal the attached motion and act thereon, ex parte.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____

ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

19 Motion-Motion to Seal