UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAMON LOPEZ                        \*     3:02 CV 1020 (RNC)
                                   \*
V.                                 \*
                                   \*
                                   \*
JAMES SMILEY, ET AL                \*     AUGUST ___, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO HAVE INMATE TAKEN TO DOCTOR'S OFFICE FOR AN IME

The plaintiff moves for the Court to sign the attached Habeas Corpus Order to have the Department of Corrections take Mr. Lopez to the medical offices of: Ronald A. Ripps, M.D. of the Connecticut Family Orthopedics, P.C., 33 Hospital Avenue, Danbury, Connecticut, the phone number of which is, 203-731-3201 **at 10:00 a.m., Tuesday, September 6th, 2005**. The undersigned communicated with Ms. Blye, Dr. Ripps secretary, who stated that their office has previously seen inmates at their office from Danbury FCI.

This Court previously granted the plaintiff's motion for an IME wherein the undersigned expressed the preference of Dr. Ripps office to have the procedure done at their local, where they are equipped to take x-rays and other diagnostic tests that the Doctor deems necessary.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

19 Motion-Habeas Corpus

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(New Haven)**

```
*******************************
RAMON LOPEZ                    *
                               *   3:02 CV 1020 MRK)
        V.                     *
                               *   AUGUST ___, 2005
JAMES SMILEY, ET AL            *
*******************************
```

### APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE HONORABLE U.S. DISTRICT COURT, WITHIN AND FOR THE DISTRICT OF CONNECTICUT, STATE OF CONNECTICUT:**

Atty. Erskine D. McIntosh, of the Town of Hamden and County of New Haven, complains and says that Mr. Ramon Lopez is the plaintiff and/or an important witness in the above-entitled case. The complainant further states that said Mr. Ramon Lopez now is, and for many days has been, confined and held in imprisonment by the Connecticut Department of Corrections by the Commissioner thereof.

**WHEREFORE**, the applicant prays that a Writ of Habeas Corpus ad Testificandum be issued, ordering the Commissioner of the Connecticut Department of Corrections, Bridgeport, Connecticut, to produce the body of said Mr. Ramon Lopez to appear before the medical offices of: Ronald A. Ripps, M.D. of the Connecticut Family Orthopedics, P.C., 33 Hospital Avenue, Danbury, Connecticut, the phone number of which is, 203-731-3201 **at 10:00 a.m., Tuesday, September 6th, 2005** and as required in said case thereafter so that he can have an independent medical examination for use in the case of <u>Ramon Lopez versus C.O. Smiley, et al</u>. pending before this Court.

_____
ATTY. ERSKINE D. McINTOSH

3

STATE OF CONNECTICUT )
                     )   ss.           Hamden
COUNTY OF NEW HAVEN  )

    Personally appeared Erskine D. McIntosh, Esquire, on this 23RD day of August, 2005 under oath, and made affidavit to the truth of the foregoing statement before me.

_____
COMMISSIONER OF THE SUPERIOR COURT
~~NOTARY PUBLIC~~ VINCENT CERVONI

19 Habeas Corpus-Fcd-NH

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

2005 AUG 23 P 3:28

U.S. DISTRICT COURT
NEW HAVEN, CT

*********************************************

| | |
|---|---|
| **RAMON LOPEZ** * | |
| * | |
| **V.** * | **3:02 CV 1020 (MRK)** |
| * | |
| **JAMES SMILEY, ET AL** * | |

*********************************************

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE WARDEN OF THE MACDOUGALL CORRECTIONAL INSTITUTION**

**GREETINGS**: WARDEN WALTER FORD. ***WHEREAS***, ATTY. ERSKINE D. McINTOSH, within and for the Town of Hamden and County of New Haven, has made this complaint to this Court alleging that MR. RAMON LOPEZ, is confined at the Connecticut Department of Correction's Bridgeport CC and praying for a Writ of Habeas Corpus to the end that said Mr. Ramon Lopez be presented to the medical offices of: Ronald A. Ripps, M.D. of the Connecticut Family Orthopedics, P.C., 33 Hospital Avenue, Danbury, Connecticut, the phone number of which is, 203-731-3201 **at 10:00 a.m., Tuesday, September 6th, 2005** and as required in said case thereafter, said complaint is supported by the oath of said Atty. Erskine D. McIntosh, dated August 23rd, 2005.

***THESE ARE THEREFORE BY THE AUTHORITY OF THE UNITED STATES OF AMERICA***, command you, the Warden of the Connecticut Department of Correction's Bridgeport CC to present the body of said Mr. Ramon Lopez to appear before the medical offices of: Ronald A. Ripps, M.D. of the Connecticut Family Orthopedics, P.C., 33 Hospital Avenue, Danbury, Connecticut, the phone number of which is, 203-731-3201 **at 10:00 a.m., Tuesday, September 6th, 2005** and as required in said case thereafter so that he can have an

independent medical examination for use in the case of <u>Ramon Lopez versus C.O. Smiley, et al.</u> pending before this Court.

Dated at New Haven, Connecticut this _____ day of August, 2005.

        **THE COURT**

    **BY:** _____
       **THE HONORABLE MARK R. KRAVITZ**
       **U.S. DISTRICT COURT JUDGE**