UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(MRK) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | NOVEMBER 8, 2005 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The defendants, James Smiley, et al., by and through their undersigned counsel, respectfully request a 30 day extension of time following receipt of plaintiff's expert medical report within which to depose plaintiff's expert and to supplement defendants' medical expert report.

The additional time is needed because the earlier deadlines set in this case were keyed to plaintiff's deadline to file his expert report by October 1, 2005. See Docket No. 164, para. 3 (Expert Discovery). Plaintiff did not file an expert report by that date, but it has been reported that his expert is still in the process of reviewing and ordering additional tests. Defendants cannot complete discovery and update their expert report until after receiving plaintiff's materials.

This is defendants first request with respect to this schedule. At a settlement conference held last month, plaintiff's counsel indicated he would have no objection to defendants' need for extra time under this circumstance.

WHEREFORE, the defendants respectfully request a 30 day extension of time following receipt of plaintiff's expert medical report within which to depose plaintiff's expert and to supplement defendants' medical expert report.

                    DEFENDANTS,
                    James Smiley, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: _____/s/_____
          Robert F. Vacchelli
          Assistant Attorney General
          Federal Bar No. ct05222
          110 Sherman Street
          Hartford, CT  06105
          Telephone No. (860) 808-5450
          Fax No. (860) 808-5591
          E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of November, 2005:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

                        _____/s/_____
                        Robert F. Vacchelli
                        Assistant Attorney General