UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No.    3:02CV1020 (MRK) |
| v. | : | |
| | : | |
| JAMES SMILEY, et al., | : | |
| | : | |
| Defendants. | : | |

## SECOND MODIFIED SCHEDULING ORDER

Defendants' Motion For Extension Of Time To Complete Discovery [176] is GRANTED.

The Court having conferred telephonically with the parties on November 16, 2005, hereby enters the following modified case management schedule:

1. **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **February 1, 2006. No further extensions should be anticipated**.

2. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **March 28, 2006**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

3. **Final Pretrial Conference:** A final pre-trial conference will be held at **9:30 a.m. on April 18, 2006** in Courtroom #4. **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

4. **Trial:** Jury selection will take place on **May 2, 2006 at 9:30 a.m.** in Courtroom #4. Trial will commence in this case at **9:00 a.m. on May 22, 2006**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: November 17, 2005**.