UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(MRK) |
| | : | |
| VS. | : | |
| | : | |
| JAMES SMILEY, ET AL. | : | JANUARY 26, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The defendants, James Smiley, et al., by and through their undersigned counsel, respectfully request a 30 day extension of time, to and including March 3, 2006, within which to finish depositions and to supplement defendants' medical expert report, if necessary.

The additional time is needed because the earlier deadlines set in this case were keyed to plaintiff being able to supply his medical expert's report in advance of February 1. See Docket No. 176 and 178). Plaintiff's expert has not yet filed a report due, in part, to delays in delivery of MRI films taken of plaintiff in December, 2005, but it has been reported that his expert now has the films and will be reviewing the material shortly. Defendants cannot complete discovery and update their expert report until after receiving plaintiff's expert report.

This is defendants' first request with respect to this deadline in the Second Modified Scheduling Order. Opposing counsel has been consulted and he has no objection to extending the discovery deadline as requested.

WHEREFORE, the defendants respectfully request a 30 day extension of time, to and including March 3, 2006, within which to finish depositions and to supplement defendants' medical expert report, if necessary.

                    DEFENDANTS,
                    James Smiley, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General
        Federal Bar No. ct05222
        110 Sherman Street
        Hartford, CT  06105
        Telephone No. (860) 808-5450
        Fax No. (860) 808-5591
        E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of January, 2006:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

                _____/s/_____
                Robert F. Vacchelli
                Assistant Attorney General