UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | NO. 3:02CV1020(MRK) |
| VS. | : | |
| JAMES SMILEY, ET AL. | : | FEBRUARY 24, 2006 |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

The defendants, James Smiley, et al., by and through their undersigned counsel, respectfully request another 30 day extension of time, to and including April 3, 2006, within which to finish depositions and to supplement defendants' medical expert report, if necessary.

The additional time is needed because the earlier deadlines set in this case were keyed to plaintiff being able to supply his medical expert's report in advance of February 1. See Docket No. 176 and 178). Plaintiff's expert has not yet filed a report due, in part, to delays in delivery of MRI films taken of plaintiff in December, 2005, but it was earlier reported that his expert now has the films and he should be finishing his review shortly. Defendants cannot complete discovery and update their expert report until after receiving plaintiff's expert report.

This is defendants' second request with respect to this deadline in the Second Modified Scheduling Order. Opposing counsel has been called, but could not be reached as of this writing.

WHEREFORE, the defendants respectfully request a 30 day extension of time, to and including April 3, 2006, within which to finish depositions and to supplement defendants' medical expert report, if necessary.

DEFENDANTS,
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
Federal Bar No. ct05222
110 Sherman Street
Hartford, CT  06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of February, 2006:

Erskine D. McIntosh, Esq.
Law Office of Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General