UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

*****************************************

| | | |
|---|---|---|
| RAMON LOPEZ | * | 3:02 CV 1020 (MRK) |
| | * | |
| V. | * | |
| | * | |
| JAMES SMILEY, ET AL | * | March 27, 2006 |

*****************************************

## MOTION TO SEAL

The plaintiff moves this Court to Seal the attached motion and act thereon, ex parte.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

19 Motion-Motion to Seal

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RAMON LOPEZ | \* | 3:02 CV 1020 (MRK) |
| | \* | |
| V. | \* | |
| | \* | |
| JAMES SMILEY, ET AL | \* | MARCH 27, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF FILING MOTION UNDER SEAL

Please be advised that the undersigned has filed a motion under seal, which has nothing to do with the substantive or procedural issues in this case, requesting the Court to act thereon ex parte.

                              RAMON LOPEZ
                              THE PLAINTIFF

BY: _____
    ATTY. ERSKINE D. McINTOSH
    FEDERAL BAR NO. CT 09743
    THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
    3129 WHITNEY AVENUE, SECOND FLOOR
    HAMDEN, CT 06518-2364
    (203) 787-9994
    FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

### C E R T I F I C A T I O N

This is to certify that a copy of the foregoing notice was sent by first-class mail, postage prepaid or delivered to the following on this the 27th day of March, 2006 to:

Atty. Robert F. Vacchelli         [860-808-5591]
Assistant Attorney General
110 Sherman Street                _____
Hartford, Conn. 06105             ATTY. ERSKINE D. McINTOSH

19 Motion-Notice-Motion Under Seal