UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIV. NO. 3:02CV1020 (MRK) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | MARCH 29, 2006 |

**SECOND MOTION FOR PERMISSION TO CONDUCT MEDICAL EXAMINATION**

  The defendants, by and through their undersigned counsel, and pursuant to Rule 35, F.R.Civ.P., respectfully move for an order that the plaintiff, Ramon Lopez, submit to an examination for his claims of injury in this case. In support of their motion, the defendants represent that the plaintiff claims he sustained permanent injuries when he was assaulted by correctional officers at the Northern Correctional Institution in Somers, CT in 2001. He has claims headaches, impairment of his vision in his right eye, memory lapses, back pain, knee pain, nose defect, and anxiety and fear. Plaintiff is still incarcerated at the Northern Correctional Institution. On March 28, 2006, defendants received a report from plaintiff's expert, an orthopedic surgeon, Dr. Ronald Ripps, finding certain permanent impairments, which he intends to introduce at trial set for May 2, 2006.

  Because the extent of the plaintiff's disabilities and the cause thereof will be issues in this case, it is requested that the plaintiff be required to submit to examination and testing by Dr. Agustus Mazzocca, also an orthopedic surgeon, and referral for other consult if necessary, at the Northern Correctional Institution or at such other time and place as may be required. It is also

requested that plaintiff be required to supply defendants and Dr. Mazzocca with all X-Rays, MRIs, and any other diagnostic tests or films and related reports ordered or used by Dr. Ripps to prepare his report, and that plaintiff be ordered to permit access to the copies of those materials on file at the UConn Health Center in Farmington, CT.

A copy of Dr. Mazzocca's Curriculum Vitae is attached in Attachment A.

Earlier in this case, defendants received a report from Dr. Edward Blanchette, an internist, concerning plaintiff's condition. Defendants further received court permission to update Dr. Blanchette's evaluation upon receipt of the results of plaintiff's expert report. Dr. Blanchette has requested evaluation by an orthopedic surgeon in this matter, necessitating defendants' instant motion.

WHEREFORE, and considering the impending trial date, defendants request that the above motion be reviewed at the court's earliest convenience and granted.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:      /s/
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
Tel:  (860) 808-5450
Fax:  (860) 808-5591
Robert.Vacchelli@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of March, 2006.

Erskine D. McIntosh, Esq.  
Law Offices of Erskine D. McIntosh, P.C.  
3129 Whitney Ave., Second Floor  
P.O. Box 18579  
Hamden, CT 06518

                                                                                         _____/s/_____  
                                                                                         Robert F. Vacchelli  
                                                                                         Assistant Attorney General