# ATTACHMENT A

# AUGUSTUS DANIEL MAZZOCCA

University of Connecticut
Department of Orthopaedic Surgery
10 Talcott Notch-Suite 100
Farmington, Connecticut 06034
Phone (860) 679-6621
Fax (860) 679-6649
E-mail: Mazzocca@uchc.edu

**CURRENT POSITION**

August 2002-Present
University of Connecticut
Assistant Professor of Orthopaedic Surgery
Shoulder and Elbow Surgery
Sports Medicine and Arthroscopy

**EDUCATION**

July 2001-July 2002
RUSH University Sports Medicine Fellowship
Chicago, Illinois
 Director Section of Sports Medicine
 Bernard R. Bach, Jr., M.D.

July 1996- June 2001
University of Connecticut Department of Orthopaedic Surgery
Residency Program, Farmington, Connecticut
 Chairman Department of Orthopaedic Surgery
 Bruce D. Browner, M.D.

**M.D.** August 1992- May 1996
University of Connecticut School of Medicine
(AOA and Class Rank Not Offered)
Farmington, Connecticut

September 1990- December 1991 Biomedical Sciences Doctoral Program
Physiology and Biophysics
Wright State University
Dayton, Ohio

**M.S.** September 1986 – June 1989 Applied Physiology
Springfield College
Springfield, Massachusetts

**B.S.** January 1984 – June 1986 Biology
Denison University
Granville, Ohio

## PAST EMPLOYMENT

1991 - 1993
University of Connecticut Osteoporosis Center
Farmington, Connecticut
Research Assistant Bone Mass Measurement Laboratory
Bone Densitometry and Physiological Evaluations of subjects involved in osteoporosis research

1988 - 1991
KRUG International, Houston, Texas
Musculoskeletal Laboratory NASA
Exercise physiologist supporting a NASA contract at the Johnson Space Center, Houston, Texas
Duties included physiological monitoring of astronauts pre- and post flight, coordinator for microgravity parabolic flights in the KC-135, and counter-measures for space adaptations. Administrator of a 7-week bedrest study for the Space Biomedical Research Institute.

1988 - 1989
United States Army Research Institute of Environmental Medicine,
Natick, Massachusetts
Cold Pathology Research Assistant
Assisted with cold diuresis experiments in environmental chambers and analyzed results.

1987 - 1989
University of Hartford, Hartford, Connecticut
Head Varsity Lacrosse Coach NCAA Division I
Developed $170,000 budget, scheduled national lacrosse competitions, monitored team for academic standing, and awarded scholarships.

2

## GRANTS

Orthopaedic Research and Education Foundation (OREF)
6300 North River Road, Suite 700
Rosemont, Illinois 60018-4261
"Effect of Cortical Hole Size and Number on Clavicle Strength"
Clifford Rios MSIII and A.D. Mazzocca, M.D.
Educational Grant (2003) $2500


Arthrex, Inc.
2885 South Horseshoe Drive
Naples, Florida 34104
Educational Grant (2002) $25,000
University Education Grant (2003)    $45,215 Salary Research Assistant
University Education Grant (2003)    $55,000 Equipment
University Education Grant (2004)    $60,000 Salary Research Assistant
University Education Grant (2004)    $40,000 Equipment
Arthrex Inc. Research Grant (2004)
Bone and Tendon Cellular Response to a Novel Suture
Mazzocca AD and Gronowicz GA-$13,438.00

## COMMITTEES

Resident Education Committee 2002 – Present
Resident Research Committee 2002 – Present
Site Director for Resident Education at John Dempsey Hospital, UCHC,
     2002-Present
Operational Director of Orthopaedic Biomechanics Laboratory
     2004-Present
Director of University of Connecticut Arthroscopic Bioskills Lab
     2003-Present
Greater Hartford Orthopaedic Research Foundation Board Member
     2003 – Present
Orthopaedic Director, Department of Corrections, Connecticut Prison
     System, 2003 – present
UCHC Operating Room Education Committee, 2003-present
New England Shoulder and Elbow Society Governing Board-2003-Present
Northeast Fellows Arthroscopy Course Co-Chairman-2003-Present
University of Connecticut Throwers Course Co-Chairman-2003-Present

## PROFESSIONAL SOCIETIES

American Academy of Orthopaedic Surgery
Candidate Member 2001 - present
American Orthopaedic Society of Sports Medicine
Candidate Member 2002 - present
Arthroscopy Association of North America
Associate Member 2002
American College of Sports Medicine
Member 1986 - present
International Society of Arthroscopy Knee Surgery and Orthopaedic Sports Medicine
Member 2003 - present
Orthopaedic Research Society-2004

## HONORS AND AWARDS

International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine,
Finalist (2003) Richard Caspari Award, 4th Biennial ISAKOS Congress, Auckland, New
Zealand Cavasos Resident of the Year University of Connecticut (2001)
AANA Resident Scholarship for Advanced Shoulder Arthroscopy (2000)
AAOS Basic Course for Orthopaedic Educators, Residency Scholarship (1999)
Research Honorable mention IEEE Northeast Bioengineering Conference
Sigma Xi Medical Research Honor Society
NASA Group Achievement Award
Surgical Scholars, University of Connecticut School of Medicine
Doctoral Fellowship, Wright State University
Academic Scholarship, Springfield College
Magna Cum Laude, Springfield College
Alpha Epsilon Delta, Denison University
Academic Honors, Denison University
1987 U.S. Lacrosse Ambassador to Australia
Most Improved, Men's Varsity Lacrosse, Denison University
Varsity Letter in Wrestling, University of Massachusetts
Varsity Letters in Lacrosse, Denison University
NCAA National Lacrosse Tournament Participant 1984,1985, 1986

**CERTIFICATIONS**

Connecticut State Medical License #037674
Federal Aviation Administration Private Pilot #49701752
NASA Flight Surgeon Training Course
NASA Aerospace Physiological Training
Certified Diver, NASA Weightless Environmental Training Facility
Open Water Certification, Professional Association Diving Instructors

**MASTERS THESIS**

The Effect of a Circuit Weight Training Program followed by a
Detraining Period on Salivary Cortisol and Testosterone in Males.
1988 The University of Oregon Microform Publications.

**EDUCATIONAL LEADERSHIP**

New England Shoulder and Elbow Society-Executive Board and Original
          Organizer of Society and Meeting 2003-Present
Northeast Sports Fellows Conference-Course Co-Chairman 2003,2004
University of Connecticut Throwers Conference-Co-Chairman 2003,2004

**NATIONAL TEACHING EXPERIENCE**

2004 (June)
AOSSM – Quebec City, Canada – Arthroscopic versus Double Row Suture Anchor
Rotator Cuff Repair,
CME=14.5, Category I

2004 (June)
AOSSM – Quebec City, Canada - Acromioclavicular Joint Reconstructions: A
Comparison of an Arthroscopic Technique, Anatomic Coracoclavicular Ligament
Reconstruction and the Weaver-Dunn Technique
CME=14.5, Category I

2003 (November)
AAOS – Rosemont, IL – Shoulder and Elbow:  The Essentials #3624 Arthroscopic
Management of Anterior Instability
CME=24, Category 1 credits

2003 (October)
Boston Shoulder and Sports Symposium
Biceps Tendon Pathology and Treatment options
Waltham, MA
CME=13 hours category 1

2003 (October)
Shoulder Impingement, Tennis Elbow
8th Annual Office Orthopaedics for the Primary Care Provider
University of Connecticut Sports Medicine
CME=6, Category 1 Credits

2003 (September)
AOSSM -- Surgery for the Athletes Elbow, September 19 – 20, 2003,
OLC – Chicago.  A) Arthroscopic Tennis Elbow Release, B) Distal Bicep
Tendon Ruptures
CME=13.5, Category 1 Credits.

2003 (September)
AAOS - The Shoulder II:  Open and Arthrorscopic Techniques #3620 – AAOS,
September 12 – 14, 2003
CME=23 (Speaker, Lab Instructor, Moderator)

2003 (February)
The Thrower's Arm Conference
University of Connecticut Sports Medicine

2002 – Present
Assistant Director of University of Connecticut Arthroscopic Bioskills
Lab Monthly Resident and Attending Education
1 to 2 Resident Courses per month; East Coast Surgery Meetings – Advanced Shoulder
Arthroscopy

2002 – Present
Medical Student Orthopaedic Module, Physical Exam of the Shoulder Lecture.
University of Connecticut School of Medicine.

2002 (November) Arthroscopy Association of North America 21st Fall Course –
Advanced Shoulder, Palm Dessert, CA
CME=18.5

2002 (October 31st – November 2nd) American Academy of Orthopaedic Surgeons,
Shoulder and Elbow Course
CME = 18.5

2002 (October 17th) Boston Sports Symposium, The Biceps Tendon.
CME = 10.0

2002 (September 19th – 21st) AOSSM, Advanced Elbow Care:  Distal Biceps Repair
CME = 13.5

2002 (September 12th – 14th) AAOS, Advanced Shoulder:  The Rotator Cuff
CME = 18.5

2002 (October) Primary Care Physicians' Course
University of Connecticut Health Center

2002 (June) Arthroscopy Association of North America
Advanced Shoulder Arthroscopy Course Faculty Orthopaedic Learning Center
Rosemont, Illinois
CME=18.5

2002 (April) American Academy of Orthopaedic Surgeons
Surgical Treatment of Complex Knee Ligament, Patellofemoral, and Articular Cartilage
Disorder #3405 Course Faculty
Orthopaedic Learning Center, Rosemont, Illinois
CME=21.5

2002 (April) Arthroscopy Association of North America
Advanced Shoulder Arthroscopy Course Faculty
Orthopaedic Learning Center, Rosemont, Illinois
CME=19.5

2002 (March) Arthroscopy Association of North America
Comprehensive Knee Course Faculty
Orthopaedic Learning Center, Rosemont, Illinois
CME=19.5

2002 (January) Arthroscopy Association of North America
Residents Shoulder and Knee Basic Arthroscopy Course Faculty
Orthopaedic Learning Center
Rosemont, Illinois

2002 (January) Arthroscopy Association of North America
Advanced Shoulder Arthroscopy Course Faculty
Orthopaedic Learning Center, Rosemont, Illinois
CME=19.5

2001 (November) Arthroscopy Association of North America
Basic Shoulder Arthroscopy Course Faculty
Orthopaedic Learning Center, Rosemont, Illinois
CME=19.5

7

2001 (October) Arthroscopy Association of North America
Advanced Shoulder Arthroscopy Course Faculty
Orthopaedic Learning Center, Chicago, Illinois
CME=19.5

2001 (September) American Orthopaedic Society of Sports Medicine
Comprehensive Surgery of the Athletes Shoulder Faculty Orthopaedic Learning Center
Chicago, Illinois
CME=19.5
1998 Northeast Physical Therapist Association
Shoulder Anatomy Preceptor

1997-2000 University of Connecticut School of Medicine
Department of Anatomy Instructor

1993-1994 University of Connecticut School of Medicine
Introduction to Clinical Medicine instructor.

1993-1994 University of Connecticut School of Medicine
Basic Science Tutor
1990-1991 Wright State University
Biology 102: Graduate Instructor

1987-1988 Springfield College
Movement Sciences 115: Graduate Instructor

## SPORTS MEDICINE
## CLINICAL EXPERIENCE:

2002-Present
Assistant Team Physician -Trinity College Division III
Head Team Physician – Hockey

2002-Present
Assistant Team Physician - University of Hartford Division I
Head Team Physician – Baseball and Lacrosse

2003, August 9th.
State Games of America, All Sports Coverage

2001-2002
Lake Park High School Team Physician - Football
Roselle, Illinois

8

1998-2000
State of Connecticut Amateur Boxing Physician
Junior Olympics, State Championships, Nutmeg State Games

1998-2000
USA Olympic Boxing Assistant Team Physician
(USA vs. Mexico, Hungary, Korea, Russia, Ireland, Cuba, Puerto Rico)

1997-1999
Weaver High School Team Physician (97-98)
Farmington High School Team Physician (99)
Football

1996-1997
Hartford Civic Center Event Physician

1995
Empire State Games Sports Medicine Staff
Cornell University, Ithaca New York

1995
United States Olympic Field Hockey Team Sports Medicine Staff
Atlanta International Challenge Cup, Atlanta, Georgia

## BOOK CHAPTERS:

1. **Mazzocca AD,** Arciero RA, and Cole BJ. Traumatic Anterior Instability:
   Arthroscopic Solutions. Complex and Revision Problems in Shoulder Surgery, 2nd
   ed. Warner JP, Ianotti JP, Flatow BL. Lippincott, Williams and Wilkins,
   Philadelphia, Pennsylvania. In press (2004).

2. **Mazzocca AD** and Arciero RA. Shoulder Instability, Sports Medicine: Just the
   Facts. McGraw Hill, New York, New York. In press (2004).

3. **Mazzocca AD** and Arciero RA. Shoulder Instability - Question Set. Sports Medicine
   Basic Review for Examination. McGraw Hill, New York, New York. In press
   (2004).

4. **Mazzocca AD,** Cole, B, and Romeo, AA. Diagnostic Shoulder Arthroscopy.
   Textbook of Arthroscopy edited by Mark D. Miller and Brian J. Cole. Published by
   WB Saunders, Elsevier Health Science Company, St. Louis, Missouri, 2003

5. Alberta, F.A., **Mazzocca, AD** and Romeo, AA Arthroscopic Knot Tying. Textbook
   of Arthroscopy edited by Mark D. Miller and Brian J. Cole. Published by WB
   Saunders, Elsevier Health Science Company, St. Louis, Missouri, 2003

9

6. **Mazzocca, AD** and Romeo, AA Shoulder Arthroscopy Set Up. <u>Textbook of Arthroscopy</u> edited by Mark D. Miller and Brian J. Cole. Published by WB Saunders, Elsevier Health Science Company, St. Louis, Missouri, 2003

7. **Mazzocca, AD,** Noerdlinger, M, Cole, B, Romeo, AA. Arthroscopy of the Shoulder: Indications and General Principles of Techniques, by McGinty J.B. <u>Operative Arthroscopy,</u> Third Edition, 2002

8. **Mazzocca AD**, Sellards, R, and Romeo AA. Acromioclavicular Joint Injuries Pediatric and Adult. <u>Orthopaedic Sports Medicine.</u> DeLee, J.C. and Drez, D. Second Edition. WB Saunders, 2002

9. **Mazzocca, AD,** Garretson, R, and Romeo AA. Sternum and Rib Fractures Pediatric and Adult. <u>Orthopaedic Sports Medicine.</u> DeLee, J.C. and Drez, D. Second Edition, WB Saunders, 2002

10. **Mazzocca, AD,** Sellards R, and Romeo AA. Arthroscopic Distal Clavicle Resection. <u>Shoulder Arthroscopy</u> Tibone, J, Savoi, F., and Shaffer, B, 2002

11. **Mazzocca AD**, Caputo, A., Browner BD, Mendes M, and Mast J. Chapter 12 Principles of Internal Fixation in <u>Skeletal Trauma.</u> Third Edition, WB Saunders, 2001

12. **Mazzocca AD**, Caputo A, Browner, BD, Mendes M, and Mast J. Chapter 12 Principles of Internal Fixation in <u>Skeletal Trauma.</u> Second Edition, WB Saunders, 1998

13. Browner BD, Caputo A, and **Mazzocca AD**. Femur Fractures-Intramedullary Nailing in <u>Master Techniques in Orthopaedic Surgery</u> Ed Wiss D. Raven Press, New York, 1997

## COMPUTER/INTERNET MULTIMEDIA

1. Bach, BA Jr, Fox J, and **Mazzocca AD**. Revision Anterior Cruciate Ligament Reconstruction. <u>Orthopaedic Knowledge Online.</u> AAOS Rosemont, Illinois, 2002

2. Arciero RA and **Mazzocca AD**. Acute Shoulder Dislocation-Management <u>The Athlete's Shoulder.</u> AAOS Rosemont, Illinois, 2001

3. Noerdlinger M, **Mazzocca AD,** and Romeo AA. Management of A Dislocated Shoulder with a Bankart Lesion. <u>The Athletes Shoulder.</u> AAOS Rosemont, Illinois, 2001

4. Noerdlinger, M, **Mazzocca, A.D.**, and Romeo, A.A. Management of A Dislocated Shoulder without a Bankart Lesion. The Athletes Shoulder. AAOS Rosemont, Illinois, 2001

## ABSTRACTS

1. **Mazzocca AD**, Millett PJ, Santangelo SA, and Arciero RA. Arthroscopic Single versus Double Row Suture Anchor Rotator Cuff Repair. AOSSM National Meeting June23-26, 2004 and ASES 4th Biennial Meeting Oct 14-17, 2004

2. **Mazzocca AD**, Santangelo SA, Rios CG, Dumonski ML, Johnson ST, Nissen CW, and Arciero RA: Acromioclavicular Joint Reconstruction; A comparison of an Arthroscopic Technique, Anatomic Coracoclavicular Reconstruction, and The Weaver Dunn Procedure. AOSSM National Meeting June23-26, 2004 and ASES 4th Biennial Meeting Oct 14-17, 2004

3. **Mazzocca, AD**, Santangelo, SA, Rios, C, Dumonski, M, Nissen, CW, Shea, KP, Romeo, AA, and Arciero, RA.: Biomechanical and Radiographic Analysis of Partial Coracoclavicular Ligament Injuries, ICSSE, Washington D.C., 2004

4. **Mazzocca, AD**, Santangelo SA, Rios CG, Dumonski ML, Johnson S, Nowak MD, Shea KP, Nissen CW and Arciero RA: Evaluation of Clinical Osteology and Bending Strength for Three Acromioclavicular Reconstruction Methods, ICSSE, Washington D.C., 2004

5. **Mazzocca AD**, Santangelo SA, Rios CG, Dumonski M, Johnson S, Nowak MD, Shea KP, Nissen CW, Arciero, RA.: A Biomechanical Evaluation of an Arthroscopic Acromioclavicular Joint Reconstruction, Anatomic Coracoclavicular Ligament Reconstruction and the Weaver-Dunn Procedure for Acromioclavicular Instability, ICSSE, Washington D.C., 2004

6. **Mazzocca AD**, Santangelo SA, Adams DJ, Romeo, AA, and Arciero, RA, Mechanical Evaluation of an Arthroscopic Interference Screw, Suture Anchor, Open Subpectoral Bone Tunnel and Subpectoral Interference Screw Proximal Biceps Tenodesis Techniques, ICSSE, Washington D.C., 2004

7. **Mazzocca, AD**, Romeo, AA, Carreira, DS, Oryhon, J, BS, Brown, FM, MSN, Hayden, JK, MSN. A Prospective Outcome Evaluation of Arthroscopic Bankart Repairs: Minimum 2-Year Follow-up, AOSSM Meeting, San Diego, CA, 2003

8. **Mazzocca, AD**, Brown, F, Hayden, J, Nicholson, G, and Romeo, AA Pegged Glenoids fail to improve fixation: Two to Five YearClinical Follow-up, 4th ISAKOS Congress,2003 -- and -- American Academy of Orthopaedic Surgeons, New Orleans, 2003

9. **Mazzocca, AD**, Fabrise, B, Lorenze E, Berkson, E, Nicholson, GP, Cohen, M, and Romeo, AA. The Anatomic and Biomechanical Evaluation of the Bicipital Tuberosity and Interference Screw Fixation of the Distal Biceps Tendon, 4th ISAKOS Congress Auckland, New Zealand, 2003

10. **Mazzocca, AD**, Bicos, J., Ramakrishnan, P., Lim, T-H., Adams, D., and Romeo, AA. Biomechanical and Anatomical Evaluation of Proximal Biceps Tenodesis, 4th ISAKOS Congress Auckland, New Zealand, Nominated for Caspari Award, 2003

11. **Mazzocca, AD,** Fabrise, B, Lorenze E, Berkson, E, Nicholson, GP, Cohen, M, and Romeo, AA. The Anatomic and Biomechanical Evaluation of the Bicipital Tuberosity and Interference Screw Fixation of the Distal Biceps Tendon. AOSSM Specialty Day, New Orleans, Louisiana, 2003

12. **Mazzocca, AD**, Brown, FM.,Carriera, D.S, Hayden, J., and Romeo, AA. Arthroscopic Stabilization of Collision Athletes (2002) 28th AOSSM National Meeting and The 16th European Society for Surgery of the Shoulder and Elbow Budapest, Hungary(2002), 4th ISAKOS Congress, 2003

13. **Mazzocca, AD**, Carreira DS, Brown FM, Hayden J, and Romeo, AA. Arthroscopic Stabilization of Collision Athletes. 16th Congress of the European Society for Surgery of the Shoulder and the Elbow, Budapest, Hungary, 2002

14. **Mazzocca, AD**, Bicos J, Ramakrishnan P, Lim TH, Adams D, Romeo, AA Biomechanical and Anatomical Evaluation of Proximal Biceps Tenodesis. 16th Congress of the European Society for Surgery of the Shoulder and the Elbow, Budapest, Hungary, 2002

15. **Mazzocca, AD**, Romeo, AA, Noerdlinger MA, Hayden J, Brown FM, Nicholson, GP Nomination Pegged Glenoids Fail to Improve Fixation Two to Five Year Clinical Follow-up. 16th Congress of the European Society for Surgery of the Shoulder and the Elbow, Budapest, Hungary, 2002

16. **Mazzocca, AD**, Brown, F, Hayden, J, Nicholson, G, and Romeo, AA Pegged Glenoids fail to improve fixation: Two to Five Year Clinical Follow-up. 16th European Society for Surgery of the Shoulder and Elbow Budapest, Hungary, 2002

17. **Mazzocca, AD,** Brown, F, Hayden, J, Nicholson, G, and Romeo, AA Pegged Glenoids fail to improve fixation: Two to Five Year Clinical Follow-up, Closed ASES Meeting, 2002

18. Cole, BJ, Nho, SJ, **Mazzocca, AD,** Williams, JM, Romeo, AA, Bush-Joseph, CA, Bach, BR, and Hallab, NJ. Ultrasonic Suture Welding versus traditional knot tying in a rabbit rotator cuff repair model. AAOS/ASES Shoulder and Elbow Meeting, Monterey, CA October 14-17, 2004.

19. Nicholson, GP, **Mazzocca, AD**, and Romeo, A. Acromioclavicular Capsular Anatomy. Closed Meeting ASES Palm Springs, California, 2002

20. **Mazzocca, A.D.**, Nissen, C.W., and Adams, D.J. Concomitant Loading and Damage of the ACL in Grade III Valgus Rupture of the MCL. Orthopaedic Research Society, 2002

21. **Mazzocca, A.D.**, Rolle, A., Fulkerson, J.P., Diaz-Doran, V., Nissen, C.W., and Adams, D.J. Quadriceps Mechanism Integrity After Harvest of a Central Free Tendon Graft. Orthopaedic Research Society, 2002

22. **Mazzocca, A.D.** and Nissen, C. W. Biomechanical Assessment of the ACL after Sustaining a Grade III MCL Injury. 25th Annual Meeting American Orthopaedic Society for Sports Medicine, 1999

23. **Mazzocca, A.D.**, Dalsky, G.P., and Lewis, C.G. Evaluation of Bone Geometry in Patients Sustaining Femoral neck Fractures. Proceedings of the IEEE 15th Annual Northeast Bioengineering Conference. April 1999 pg 106.

24. **Mazzocca, A.D.**, Caputo, A.E., Ryan, N.E., and Grasso J.A. The Subchondral and Cartilagenous Architecture of the Radial Head: A Histomorphometric Analysis with Correlations to Fracture Patterns and Force Transmission. Orthopaedic Research Society 1998

25. **Mazzocca, A.D.**, Davies, M.J., and Dalsky,G.P. Evaluation of the Physical Properties of Bone between Endurance and Resistance Trained Males. American College of Sports Medicine, 1995.

26. **Mazzocca, A.D.**, Zetterland, A., Fenster, J., and Dalsky, G.P. A Comparison of Bone Mineral Density in Sedentary, Endurance, and Resistance Trained Males. Connecticut Medicine, 1993

27. **Mazzocca, A.D.**, Lindsay, C., Fenster, R., Whipple,R., and Dalsky,G.P. Evaluation of a Restraining System for Isokinetic Hip Strength Testing in Older Adults. New England Regional Meeting, American College of Sports Medicine, 1992

28. **Mazzocca, A.D.**, Hayes, J.C., McBrine, J.J., Barrows, L.H., Harris, B.A., and Siconolfi, S.F. Muscular Endurance and Strength Following 7 Days of Simulated Microgravity. American College of Sports Medicine, 1990.

29. **Mazzocca, A.D.**, Jaweed, M.M., Roper, M.L., Hayes, J.C., Siconolfi, S.F., and Harris, B.A. Effects of 7 Days of Bedrest on Isometric Force, Fatigue, and Recovery of the Quadriceps in Humans. American Congress of Rehabilitation Medicine, 1990.

30. **Mazzocca, A.D.,** Agnew, J.W., and Siconolfi, S.F. Changes in Salivary Cortisol and Testosterone to Training and Detraining. Federation American Society of Experimental Biology, 1990

31. **Mazzocca, A.D.,** Wells, K.D., Harris, B.A., and Siconolfi, S.F. Functional Adaptations of the Hand to Upper Limb Mobilization. American Society for Gravitational and Space Biology, 1990.

32. **Mazzocca, A.D.,** Hayes, J.C. Barrows, L.H., Harris, B.A., and Siconolfi, S.F. Effects of Bedrest on Hand Muscular Endurance and Strength. Aerospace Medical Association, 1990.

33. Caputo, A.E., **Mazzocca, A.D.,** and Nowak, M. The Effectiveness of Metallic Radial Head Implants to Resist Proximal Migration of the Radius in a Cadaveric Model of Forearm Axial Instability American Academy of Orthopaedic Surgeons 1998

34. Caputo, A.E., **Mazzocca, A.D.,** and Nowak, M. Joint Contraction patterns of the Radiocapitellar joint with Forearm rotation in a Cadaveric Model. 7th Congress of the International Federation of Societies for surgery of the Hand. Vancouver Canada May 1998

35. Caputo, A.E., **Mazzocca A.D.,** Santoro V.A. An Anatomical Reference for Placement of Internal Fixation for Fractures of the Radial Head and Neck. American Academy of Orthopaedic Surgeons 1997

36. Davies, M.J., **Mazzocca,A.D.,** Dalsky, G.P. Geometric Properties of the Proximal Femur in Master Runners. International Bone Meeting, 1995.

37. Hayes, J.C., Roper, M.L., McBrine, J.J., **Mazzocca, A.D.,** and Siconolfi, S.F.Evaluation of Skeletal Muscle Endurance Following Space Flight. Medicine and Science in Sports and Exercise, 23, May 1991.

38. Hayes, J.C., McBrine, J.J., Roper, M.L., **Mazzocca, A.D.,** Harris, B.A., and Siconolfi, S.F. The Effects of Short Duration Space Flight on Skeletal Muscle Strength. Aviation, Space, and Environmental Medicine, 62, May 1991.

39. Siconolfi, S.F., **Mazzocca, A.D.,** Barrows, L.H., Hayes, R.D., and Harris, B.A. Effects of Bedrest on Reaction Movement and Task Times. Aerospace Medical Association, 1990.

40. Hayes, R.D., **Mazzocca, A.D.,** Rashid, M., and Siconolfi, S.F. Reliability of a "Shuttle" Reaction Timer. Aviation, Space, and Environmental Medicine,61, May 1991.

41. Roper, M.L., **Mazzocca, A.D.**, Hayes, J.C., Barrows, L.H., Harris, B.A., and Siconolfi, S.F. The Effect of Muscle Strength on Movement and Reaction Times After 7 Days of Bedrest. American College of Sports Medicine, 1990.

42. McBrine, J.J., **Mazzocca, A.D.**, Hayes, J.C., Roper, M.L., Barrows, L.H., Harris, B.A., and Siconolfi, S.F. Adjusting VO2max for Decrements in Strength Following 7 Days of Bedrest. American College of Sports Medicine, 1990.

43. Hayes, J.C., Roper, M.L., **Mazzocca, A.D.**, McBrine, J.J., Barrows, L.H., Harris, B.A., and Siconolfi, S.F. Eccentric and Concentric Muscle Performance Following 7 Days of Simulated Weightlessness. Medicine and Science in Sports and Exercise. May 22, 1990.

44. Kear, K.T., Hayes, J.C., **Mazzocca, A.D.**, Roper, M.L., Barrows, L.H., Harris, B.A., and Siconolfi, S.F. The Effects of Bedrest on the Relationships Among Strength and Endurance Measures of the Quadriceps and Hamstrings. Medicine and Science in Sports and Exercise, 22, May 1990.

45. Roper, M.L., Hayes, J.C., **Mazzocca, A.D.**, Barrows, L.H., Harris, B.A., and Siconolfi, S.F. Optimal Angular Velocities for Concentric and Eccentric Contraction in Five Joints. Aerospace Medical Association, 1990.

46. Hayes, J.C., Roper, M.L., **Mazzocca, A.D.**, Charles, J.B., and Siconolfi, S.F. Effects of Simulated Weightlessness on Postural Muscle Performance. Aerospace Medical Association, 1990.

47. Pratt, W.M., Siconolfi, S.F., Webster, L., Hayes, J.C., **Mazzocca, A.D.** Exercise Based on Target Heart Rate. Aerospace Medical Association, 1989.

48. Fuji, M.D., Elam, R.P., Thorton, W.E., **Mazzocca, A.D.**, Siconolfi, S.F., and Harris, B.A. Differences in Biomechanical Parameters During Treadmill Running at Equivalent Metabolic Effort. Aerospace Medical Association, 1989.

49. Agnew, J.W., Quigley, M., **Mazzocca, AD**, Staub, J., Finkle, R., and Siconolfi, S.F. Changes in Adipose Fat Topography in College Wrestlers During a Competitive Wrestling Season. American College of Sports Medicine, 1987.

## JOURNAL EDITOR

1. **Mazzocca AD**, Romeo AA, and Arciero RA. Acromioclavicular Joint Injuries *Operative Techniques Orthopaedic Surgery*. W.B Saunders Fu, F Editor

2. Romeo, AA and **Mazzocca, AD**. Rotator Cuff Repairs. *Operative Techniques Orthopaedic Surgery*. W.B Saunders Fu, F Editor, Vol 12(3), 2002

3. Romeo, AA and **Mazzocca AD**. The Biceps Tendon. *Operative Techniques in Sports Medicine*. W.B. Saunders Drez, D and Delee JC. Vol 11(1), 2003

4. Cole, BJ and **Mazzocca, AD**. Meniscal Surgery. *Operative Techniques in Sports Medicine*. W.B. Saunders Drez, D and Delee JC. Vol 11(2), 2003.

## JOURNAL ARTICLES

1. Bach BR, Jr, Aadalen KJ, **Mazzocca AD**. An Accessory Portal for Posterior Cruciate Ligament Tibial Insertion Visualization. *The Journal of Arthroscopic and Related Surgery*, 20(6) (July-August 2004). WB Saunders

2. **Mazzocca AD**, Rios, Clifford, CG, Romeo AA, Arciero, RA. Subpectoral Biceps Tenodesis with Interference Screw Fixation. In press *Journal of Arthroscopy* 2004

3. Millett PJ, **Mazzocca AD**, Guanche CA. Mattress Double Anchor Footprint Repair: A Novel, Arthroscopic Rotator Cuff Repair Technique. *Arthroscopy* in Press 2004

4. Adams DJ, **Mazzocca AD** and Fulkerson JP. Residual Tendon Strength After Harvesting a Central Quadraceps Free Tendon Graft. *Arthroscopy* in Press 2004

5. Dumonski ML, **Mazzocca AD**, and Arciero RA. Ulnar Nerve Palsy After Elbow Arthroscopy A Case Report. Submitted to *Arthroscopy*

6. Romeo AA, Mazzocca AD, Tauro JC. Arthroscopic Biceps Tenodesis. *Arthroscopy*, 2004 Feb; 20(2):206-13.

7. Arciero RA, **Mazzocca AD**, Traumatic Posterior Shoulder Subluxation With Labral Injury: Suture Anchor Technique. *Journal Techniques Shoulder & Elbow Surgery*, Vol 5(1), 11-24, March 2004

8. **Mazzocca AD**, Nissen CW, Geary M, Adams DJ. Valgus Medial Collateral Ligament rupture Causes Concomitant Loading and Damage of the Anterior Cruciate Ligament. *Journal Knee Surgery* 2003 Jul; 16(3); 148-51

9. Cole BJ, **Mazzocca AD**, Meneghini RM. Indirect Arthoscopic Rotator Interval Repair. *Arthroscopy*. 2003 Jul-Aug; 19(6):E28-31

10. **Mazzocca AD**, Meneghini, R. M., Bush-Joseph, CA, Cole, B. Epinephrine Induced Cardiovascular Collapse During Arthroscopic Knee Surgery. *Journal of Bone and Joint Surgery*, 85-A(5), 913-915, May 2003

11. **Mazzocca AD** and Bush-Joseph CA. Arthroscopic Menisectomy. *Operative Techniques in Sports Medicine*, 11(2), 77-82, April 2003

12. **Mazzocca AD,** Noerlinger MA and Romeo AA. Mini Open and Sub Pectoral Biceps Tenodesis, *Operative Techniques in Sports Medicine*, 11(1), 24-31, January 2003

13. **Mazzocca AD** and Romeo, AA. Arthroscopic Biceps Tenodesis in the Beach Chair Position. *Journal of Operative Techniques in Sports Medicine*, 11(1), 6-14, January 2003

14. **Mazzocca AD,** Alberta FA, ElAttrache, N. and Romeo, AA. Single Incision Technique Using an Interference Screw for the Repair of Distal Biceps Tendon Ruptures, *Op Tech Sports Med,* Volume 11(1), 36-41, January 2003

15. Rios CG, **Mazzoca AD,** Dumonski, M and Romeo AA. Biceps Breakdown Benches Overhead Athletes. *Biomechanics*, 61-69, June 2003.

16. Cole B, **Mazzocca AD.** Autologous Chondrocyte Repair of an Articular Defect of the Humeral Head. A Case Report and Review of the Literature. *The Journal of Arthroscopy and Related Research.* Volume 18(8), 925-929, October 2002

17. Ravalin RV, **Mazzocca AD,** Schmid A, Grady-Benson JC, Nissen CW, Adams D. Biomechanical Comparison of Patellar Tendon Repairs in a Cadaver Model: An Evaluation of Gap Formation at the Repair Site with Cyclic Leading. *American Journal of Sports Medicine*, Vol 30(4), 469-473, July-Aug 2002

18. Caputo AE and **Mazzocca AD.** Radial Head Fractures. *Techniques in Orthopaedics* 15(2), 128-137, June 2002

19. **Mazzocca AD,** Cole, B, and Romeo, AA. Repair of Full-Thickness Rotator Cuff Tears: Surgical Technique. *Operative Techniques in Orthopaedic,* Volume 12(3), 167-175, 2002

20. **Mazzocca AD,** Thomson JD, Pelmas C, Deluca PA, and Romness MJ. A Comparison of Surgical Approach for the Treatment of Congenital Vertical Talus. *Journal of Pediatric Orthopaedics*, Volume 21, 212-217, 2001.

21. Caputo AE, **Mazzocca AD,** Santoro VA. An Anatomical Reference for Placement of Internal Fixation for Fractures of the Radial Head and Neck. *Journal of Hand Surgery.* Volume 23A, 1082-1090, 1998

22. Pratt WM, Siconolfi SF, Webster L, Hayes JC, **Mazzocca AD.** A Comparison between Computer Controlled and Set Work Rate Exercise Based On Target Heart Rate. *Aviation, Space, and Environmental Medicine*, Volume 62, 899-902, 1991

23. Siconolfi SF, Hayes J, and **Mazzocca AD.** NASA Detailed Supplemental Objective #477. Evaluation of Concentric and Eccentric Skeletal Muscle Contractions Following Space Flight. NASA Technical Paper #3182, 1991

24. Siconolfi, SF, **Mazzocca AD,** Hayes J, and Harris BA. NASA Detailed Supplemental Objective #618. Evaluation of Functional Muscle Performance Following Space Flight. NASA Technical Paper #3175, 1991

25. Cole B, **Mazzocca AD** and Meneghini RM. Arthroscopic Rotator Interval Closure. *Arthroscopy.* July-August, 2003

26. Romeo AA, **Mazzocca AD,** and Tauro JC. Arthroscopic Biceps Tenodesis. In press: *The Journal of Arthroscopy and Related Research,* 2003

27. Romeo, AA, **Mazzocca AD,** Hang, DW, Shott,S, and Bach BA Jr. Shoulder Scoring Scales for the Evaluation of Rotator Cuff Repair. Submitted to *Clinical Orthopaedics and Related Research,* 2002

28. Bicos, J, **Mazzocca AD,** and Romeo, A. The Glenoid Center Line. Submitted to *Orthopaedic,* 2002

29. **Mazzocca, AD,** Brown, FM.,Carriera, D.S, Hayden, J.,and Romeo, AA. Arthroscopic Stabilization of Collision Athletes. Submitted to *The American Journal of Sports Medicine,* 2002

30. **Mazzocca AD** and Nissen CW, Biomechanical Assessment of the ACL after Sustaining a Grade III MCL Injury. Submitted to the *The American Journal of Knee Surgery,* 1-14, July 2003

## INVITED LOCAL PRESENTATIONS

1. Mazzocca AD. Shoulder Anatomy, University of Connecticut Health Center, May 27, 2004

2. Mazzocca AD. Moderator for Shoulder Disorder Section. Northeast Sports Fellows Meeting, Weston, CT May 21-22, 2004

3. Mazzocca AD. Rotator Cuff Tears: Indications and Techniques Comprehensive Evaluation and Treatment of Common Shoulder Impairs, University of Connecticut Health Center, June 3, 2004

4.  Mazzocca AD.  Applied Shoulder and Elbow Anatomy for the Throwing Athlete. Connecticut HealthSouth Trainers. University of Connecticut, February 16,2004

5.  Mazzocca AD.  Basics of Total Shoulder Arthroplasty. February 6, 2004 New England Shoulder and Elbow Society, Jay Peak, VT

6.  Mazzocca AD.  Distal Biceps: Pathology and Repair. February 7, 2004 New England Shoulder and Elbow Society, Jay Peak, VT

7.  Mazzocca AD.  Shoulder Impingement & Tennis Elbow.  8th Annual Office Orthopaedics for the Primary Care Provider.  University of Connecticut Health Center, Farmington, CT October, 2003

8.  Mazzocca AD.  Degenerative Disease of the Shoulder.  Haven Health Symposium, July 21, 2003.  Middletown, Connecticut

## INVITED NATIONAL PRESENTATIONS

1.  Mazzocca AD Biotenodesis in the Upper Extremity.  Worldwide Surgeon instructors Meeting.  Arthrex Inc Naples, Florida, January 8-10, 2004

2.  Mazzocca, AD.  Open Rotator Cuff Repair: Indications and Techniques.  AAOS Course.  Chicago, IL, September 13, 2003.  (Moderator for Panel Discussion Rotator Cuff Repair)

3.  Mazzocca AD.  Biceps Options.  2003 Boston Shoulder Sports Symposium, Boston, Massachusetts.  October 17, 2003

4.  Mazzocca AD.  New Concepts and Techniques for Shoulder Fractures and Arthroplasty, Paramis, New York, May 2003

5.  Mazzocca, A.D.  New Concepts and Techniques for Shoulder Fractures and Arthroplasy.  Naples, Florida, April 2003

6.  Mazzocca, A.D.  Tenotomia vs. Tenodesi.  La Spalla. 1 Corso Di Artoscopia E Chirurgia Su Cadavere, Orthopaedic Learning Center in Rosemont, Illinois, April 2003

7.  Mazzocca, A.D. Univers Head Height Adjustable Fracture Prosthesis. AAOS Annual Meeting in New Orleans, Louisiana, February 2003

8.  Mazzocca, A.D. Arthroscopy Association of North America.  Instructional Course Lecture.  The Anatomy, Pathology and Definite Treatment of Rotator Interval Injuries, April 2003

9. Mazzocca, A.D. Arthroscopic Shoulder Stabilization and Rotator Cuff Repair, Rocherster, New York, November 2002

10. Mazzocca, A.D. Orthopaedic Educators Course. Instructional Course Lecture. American Academy of Orthopaedic Surgery National Meeting. Orlando, Florida, March 2000.

## INVITED INTERNATIONAL PRESENTATIONS

1. Mazzocca AD and Romeo AA. Biomechanics of Proximal Biceps Tenodesis. Congreso Internacional de Artroscopia y Medicina del Deporte, Buenos Aires, Argentina. May 22, 2004

2. Mazzocca AD. Biceps Tendon Pathology and Treatment. 2004 German Shoulder and Elbow Society Meeting. Cologne Germany March 5-6, 2004.

3. Mazzocca AD. Bio-Tenodesis Screw System in Shoulder and Elbow Surgery. ESSSE/SECEC Congress, Heidelburg, Germany, September 24 – 27, 2003

4. Mazzocca AD. Arthroscopic and Open Repair of Distal and Proximal Biceps Tendon Injuries. Heidelburg, Germany, September 25, 2003.

5. Mazzocca A.D. Tenodesis, 4th Advanced Course on Shoulder Arthroscopy, Vald'Isere, France (2003)

6. Mazzocca A.D. The proximal Biceps Tendon: Pathology and Fixation Vald'Isere, France, Shoulder Congress. January 2003

7. Mazzocca A.D. Proximal Biceps Tenodesis. Biomechanics and Clinical Intervals – Budapest, Hungary, ESSSE, September 2002

**Rev. 8/04**

# REFERENCES

Bruce D. Browner, MD
Gray-Gossling Professor and Department Chairman
University of Connecticut Department of Orthopaedic Surgery
Box 4037
Farmington, Connecticut 06034-4037
(860) 679-6655

Robert A. Arciero, MD
Associate Professor
University of Connecticut Department of Orthopaedic Surgery
Box 4037
Farmington, Connecticut 06034-4037
(860) 679-6640

Bernard R. Bach Jr., M.D.
Professor and Director Section of Sports medicine
Midwest Orthopaedics
1725 West Harrison Street Suite 1063
Chicago, Illinois 60612-3824
(312) 850-4117

Courtland G. Lewis, M.D.
Clinical Professor of Orthopaedic Surgery
Orthopaedic Associates of Hartford
85 Seymour Street
Suite 607
Hartford, CT  06106

Anthony A. Romeo, MD
Associate Professor
Midwest Orthopaedics
1725 West Harrison Street Suite 1063
Chicago, Illinois 60612-3824
(312) 850-4138