UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)   2001 APR 26  P 1:41

```
*****************************************
RAMON LOPEZ                            *    3:02 CV 1020 (MRK)
                                       *
     V.                                *
                                       *
JAMES SMILEY, ET AL                    *    April 25, 2006
*****************************************
```

## PLAINTIFF'S MOTION FOR ORDER TO PERMIT PLAINTIFF TO BE PRESENT AT DEPOSITION OF EXPERT WITNESS

Comes now the plaintiff, by and through his counsel, who moves this Court for an order compelling the Department of Corrections to have Mr. Lopez present at the defendants' 5 pm, May 22, 2006 deposition of Dr. Agustus D. Mazzocca at the University of Connecticut Health Center pursuant to the notice of deposition, attached.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the ____ day of April, 2006 to:

Atty. Robert F. Vacchelli  
Assistant Attorney General  
110 Sherman Street  
Hartford, Conn. 06105

_____  
ATTY. ERSKINE D. McINTOSH

9 Motion-Preclude Witnesses-Lopez

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIVIL NO. 3:02 CV 1020 (MRK) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | APRIL 24, 2006 |

### NOTICE OF VIDEOTAPE DEPOSITION DUCES TECUM

TO:   ALL COUNSEL

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants, James Smiley, et al., will depose the expert witness, Agustus D. Mazzocca, M.D., before Brandon Smith Reporting Service, or any officer authorized by law to take depositions in the State of Connecticut, and a videographer, on May 22, 2006, at 5 p.m., at the Office of Dr. Agustus D. Mazzocca, University of Connecticut Health Center, Dept. of Orthopaedic Surgery, Medical Arts and Research Building, Fourth Floor, 263 Farmington Ave., Farmington, CT.

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, including the applicable Federal Rules of Civil Procedure.

The witness is requested to bring with him at the specified place and time:

1. His expert report concerning Ramon Lopez for this case.

2. All medical records and correspondence received or collected by him concerning this case and/or reviewed by him in forming his opinions in this case.

3. X-Rays and MRI films and reports ordered and/or reviewed by him in this matter.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of April, 2006:

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

*[signature]*
Robert F. Vacchelli
Assistant Attorney General

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RAMON LOPEZ | \* | 3:02 CV 1020 (MRK) |
| | \* | |
| V. | \* | |
| | \* | |
| JAMES SMILEY, ET AL | \* | April 25, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following,

1. MOTION FOR ORDER TO PERMIT PLAINTIFF TO BE PRESENT AT DEPOSITION OF EXPERT WITNESS

because:

☒ **The document(s) cannot be converted to an electronic format**
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing are filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. MCINTOSH
FEDERAL BAR NO. CT09743
THE LAW OFFICES OF ERSKINE D. MICINTOSH
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

19 Motion-Notice of manual filing-Lopez