UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIVIL NO. 3:02 CV 1020 (MRK) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | APRIL 24, 2006 |

**DEFENDANTS' MOTION FOR PERMISSION TO CONDUCT AND PRESENT VIDEOTAPE DEPOSITION TESTIMONY AT TRIAL**

The defendants, James Smiley, et al., by and through their undersigned counsel, and pursuant to Rule 30(b)(4), F.R.Civ.P., respectfully request permission to conduct and present videotape deposition testimony of defendants' expert witness, Dr. Agustus Mazzocca, at the trial in the above case scheduled to commence on June 26, 2006.

The reason for this request is that Dr. Mazzocca, an orthopedic surgeon, was commissioned to review plaintiff's medical claims only recently after plaintiff supplied defendants with a report from his orthopedic surgeon expert witness on March 28, 2006. Dr. Mazzocca is in the process of finishing his report, which will become available shortly, but he has informed the undersigned that his schedule is already booked with patients and out-of-state travel to do a live surgical demonstration for the American Orthopedic Society for Sports Medicine on June 28, 2006, and, accordingly, he will not be able to attend the trial.

Defendants are in the process of issuing Notice for the Videotape Deposition of Dr. Mazzocca for May 22, 2006, at 5 p.m. at his office at the University of Connecticut Health Center in Farmington, CT.

WHEREFORE, the defendants request the court to permit the conducting and presentation of Dr. Mazzocca's testimony at the trial in this case by videotape deposition.

DEFENDANTS
James Smiley, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of April, 2006:

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh, P.C.
3129 Whitney Ave., Second Floor
Hamden, CT 06518-2364

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General