UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(New Haven)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RAMON LOPEZ | \* | 3:02 CV 1020 (MRK) |
| | \* | |
| V. | \* | |
| | \* | |
| JAMES SMILEY, ET AL | \* | April 25, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION RE: VIDEO TAPE

Comes now the plaintiff, by and through counsel, who moves this Court to sustain his objection to the defendants' April 24, 2006 motion concerning video tape of the interior of Northern C.I.

To have a trial and then deny the plaintiff the right to see, hear and rebut all of the evidence of the defendant is contrary to the rules of evidence and Mr. Lopez's constitutional right to a jury trial, his constitutional right to a fair trial, contrary to his rights to procedural and substantive due process and contrary to his rights to the equal protection of the law under the U.S. Constitution.

RESPECTFULLY SUBMITTED,

RAMON LOPEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the 25th day of April, 2006 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

19 OBJECTION-VIEW OF VIDEOTAPE-LOPEZ

2