UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ | : | CIVIL NO. 3:02 CV 1020 (MRK) |
| v. | : | |
| JAMES SMILEY, ET AL. | : | APRIL 26, 2006 |

**<u>DEFENDANTS' MOTION TO DISMISS</u>**
**<u>PLAINTIFF'S APPLICATION FOR WRIT OF HABEAS CORPUS</u>**

The defendants, James Smiley, et al., by and through their undersigned counsel, respectfully request the court to dismiss the plaintiff's Application for Writ of Habeas Corpus pursuant to Rule 12(1)and (6), F.R.C.P. because:

1. If this application is properly characterized as a habeas corpus application, it must be dismissed for failure to exhaust state remedies.

2. To the extent that plaintiff does not challenge the legality or fact or duration of his confinement, he must look to other legal theories other than habeas corpus to pursue this claim.

3. However liberally this court reads plaintiff's pleadings to state some other claim for relief than habeas corpus, his action would have to be dismissed for failure to exhaust his prison administrative remedies, or for failure to state a claim upon which relief can be granted.

WHEREFORE, we urge the court to dismiss this application.

                                      DEFENDANTS
                                      James Smiley, et al.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY:                                    _____/s/_____
                                      Robert F. Vacchelli
                                      Assistant Attorney General
                                      110 Sherman Street
                                      Hartford, CT  06105
                                      Federal Bar #ct05222
                                      E-Mail:  robert.vacchelli@po.state.ct.us
                                      Tel: (860) 808-5450
                                      Fax: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of April, 2006:

      Erskine D. McIntosh, Esq.
      Law Offices of Erskine D. McIntosh, P.C.
      3129 Whitney Ave., Second Floor
      Hamden, CT 06518-2364

                                        _____/s/_____
                                        Robert F. Vacchelli
                                        Assistant Attorney General