# EXHIBIT B



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2
Rev. 10/07/02

Inmate Name: López Ramón
Inmate no. 261-685
Facility: Northern Corr. Inst.
Housing unit: 3-West-121
Date: 12-17-05

☒ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

IGP no. 141-06-170
T no.

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level 1 decision because:

— See Addendum to this level two grievance appeal attached hereto —

Inmate signature: Ramón A. López
Date: 12-17-05

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

Date received: 01/12/06
Disposition: Denied
Date of disposition: 02/10/06

Reasons: *You are appealing a level 1-grievance concerning mail delivery. All mail is processed and delivered in accordance with Administrative Directive 10.7, 'Inmate Communications'. Mailroom staff does utilize updated housing Unit lists, however, keep in mind that the information is updated once daily, not continuously throughout the day, thus some locations may be incorrect. Staff makes every effort to deliver all mail expeditiously. Your Level 2 appeal is denied.*

Level 2 reviewer: Waynet Chonich

☐ This grievance may be appealed within 5 days to Level 3
☒ This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

Appeal. I am appealing the Level 2 decision because:

Inmate signature:
Date:

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

Date received:
Disposition:
Date of disposition:

Reasons:

Level 3 reviewer:

Addendum To Level Two Inmate Grievance Appeal

Ramon A. Lopez #261-685                12-17-05

Northern Corr. Inst.    3-West-121

Re: Mail

    I'm appealing the level one decision because the level one decision states in part that "ALL mail is marked initially with a cell number, but then is double checked by another staff member before distribution. I believe such response to be meticulously crafted and framed to deceive, because if mailroom staff used an up to date housing list of an inmates current location "initially" such errors would not happen and are not suppose to happen!

Now wether the mail is double checked by another staff member before distribution; I can personally state based on my very own personal observations, that Some staff do not always "check", cuz sometimes names and inmate numbers are not checked.

The fact remains and there's no way around it, that the copys of correspondence clearly and appropriately addressed to me, should not have been mistaken with anybody else and thats that! Responsibility should be accepted on behalf of whoever is not paying attention to what their doing.



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
Rev. 10/07/02

| | |
|---|---|
| Inmate name: Lopez, Ramon | Inmate No. 261-685 |
| Facility: Northern Corr. Inst. | Housing unit: 2-East-118  Date: 11-20-05 |

☒ Line grievance   ☐ Line emergency   ☐ Health grievance   ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

No Response from Mail handler D. InGlis - But see attached response from C.T.O. Lombardo - as informal resolution dated November 9-2005.

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

That on Wednesday November ninth 2005 I received five Pieces of mail and despite my first and last name and inmate number being clearly printed on front of the correspondence addressed to me they were still sent to the wrong unit and cell.

✳ Continue on attached Peice of Paper ✳

**3. Action requested.** Describe what action you want taken to remedy the grievance.

1. As the Warden or Majors deem appropriate to ensure the Safe and Proper handleing of ALL inmate mail by ALL staff to ensure it Gets to the inmate it is addressed to.

Inmate signature: Ramon A. Lopez

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| | |
|---|---|
| IGP no. 141-06-170 | T no. |
| Date received 11-25-05 | Disposition DENIED   Date of disposition 12/12/05 |
| Grievance issue Mail | |

Reasons
Your grievance pertaining to the housing address marked on your mail is denied. ALl mail is marked initially with a cell number, but then is double checked by another staff memb before distribution. If the cell is wrong, it is crossed-out, and the correct cell is t then listed.

Level-1 reviewer: Wayne T. Ch[o]

11-6-05

Ramon A. Lopez #261-685
2-East-118

To: C.T.O. Lombardo

Dear C.T.O. Lombardo,

I have mail issue if you could help me with. I will also write Mailroom handler D. Inglis, so she knows, but this will get to you faster.

Lately, for past couple weeks I've noticed a disruption of my mail flow. I don't get much, but I know by when I should receive something.

Last week I had gotten a response to an inmate request from the warden's office and noticed it had gone to "2-West" before it m it's way back to me. I remembered yesterday that when I a in the S.R.G. unit @ MacDougall, there was another individual with the same name as me, and I would get his stuff or he would get my stuff. The mail handler has nothing pending - what a you missur when I was in 2-West, I made personal observations that unit staff (without mentioning names) "don't take their job seriously," an I would not appreciate someone else giving what's addressed to to someone else. I have a lifetime subscription to Rolling Sto which is an issue every other week or twice a month, and I'm going on 4 weeks now, in which none have been received. Would it be possible for you to notify mail room staff Supervisor D. Inglis? I would appreciate your good help. Sincerely,

11-9-05

Ramón A. López #261-685
2-East-118

To: C.T.O. Lombardo

Dear C.T.O. Lombardo,

On Wednesday November 9, 2005 - as you passed out the mail, I received five (5) **pieces** of mail.

On all five pieces of mail I noticed that despite my name and inmate number, being clearly printed and visible, on the address part to r there were other unit and other cell numbers, which assuredly confirmed my belief, that my correspondence was/is being somehow mixed up. And they were open! They are always open and reviewed by the intelligence office - everyone's is as well as in the mail room per Directive 10.7.

I just wanted to know if the above mentioned pieces of mail, were recirculated to end up in the mail pile when you got it or did you somehow retrieve it? It was in my box to distribute. I need to know, because this is something I take very seriously, based on prior bad experiences, in which friends and families, beca victims of pretty vile and offensive letters.

There's systematic procedures in place so that such confusions, don occurs, and this has really vexed my already enervated patien Please respond in writing. Thank you so very much in advance for your kind attention. You should probably di your questions and concerns to     Sincerely,
C.R24/2, the mail room and/or Intelligence office. Mr. López

Addendum To Inmate Grievance Form A, Level One

Lopez Ramon   #261-685
Northern Corr. Inst. - 2-East - 118 cell          11-20-05

Re: Mail Issue

Attached to this grievance are five pages which are copys of the front and back of the envelopes, of the five pieces of mail that I received on Wednesday November 9, 2005. The envelopes were originally marked by mail room staff as going to "2-West-225" And "2-West-115", before eventually making their way to me at my location where I have been without interruption in cell or unit move since Thursday October 20, 2005.

ALL five pieces of correspondence were clearly mark with my name and inmate number, which should have been properly processed by mail room staff, with absolute accuracy.

Such wreckless handleling of prisoners mail, creates a form of security breach into the privacy of public citizens - where their addresses become known to other inmates.
Because of such intentional wrecklessness in the handleling of my mail I've have suffered such negative consequences as not getting other pieces of mail or my friends and family relatives receiving nasty and offensive letters by other inmates.    Mail room staff need to be much more careful and mindful of inmates familys and or their mail.

#201685

Ramon Lopez
#201685
Northern Corr. Inst.
P.O. Box 665
Somers CT 06071

HARTFORD CT 06101 58
PM 2005

060714-0665

Received on
Wednesday
11-9-05
C.T.O. Lombardo

#261085

#261085

#261085
Ramon Lopez
Northern Corr. Inst.
P.O. Box 665
Somers CT
06071

Recrieved on
Wednesday
11-9-05
C.T.O. Lombardo

HARTFORD CT
27 OCT 2005 PM



#261685
Ramon Lopez
Northern Corr. Inst
P.O. Box 665
Somers CT
06071

Received on
Wednesday 11-9-05
C.T.O. Lombardo

**American Publishers Service**
1042 Ft. Union Blvd. #387
Midvale, Utah 84047

Here's the information
you requested.

Prsrt Std
US Postage
Paid
World Wide

ḷḷ..ḷḷ..ḷḷ..ḷ..ḷ..ḷ..ḷḷḷḷ..ḷḷ..ḷ..ḷḷ..ḷḷ..ḷḷ..ḷ..ḷ.ḷ..ḷ.ḷ
**************ECRLOT**B099
Ramon A. Copez
261-685 Nci
PO Box 665
Somers CT 06071-0665



T31 P1

Received on
Wednesday
11-9-05 c.T.O. Combardo



Ramon A. Lopez #261650
Northern Corr. Inst.
PO Box 665
Somers CT 06071

Received on Wednesday 11-9-05 C.T.O. Lombardo



# Inmate Grievance Form B, Levels 2 and 3
**Connecticut Department of Correction**

CN 9601/2
Rev. 10/07/02

| Inmate Name | Lopez Ramon | Inmate no. | 261-685 |
|---|---|---|---|
| Facility | Northern Corr. Inst. | Housing unit 3-West-121 | Date 12-17-05 |

[X] Line grievance  [ ] Line emergency  [ ] Health grievance  [ ] Health emergency

IGP no. 141-06-170     T no.

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level 1 decision because:

– See Addendum to this level two grievance appeal attached hereto.–

Inmate signature: Ramon A. Lopez     Date 12-17-05

## FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level 2 reviewer

[ ] This grievance may be appealed within 5 days to Level 3
[ ] This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal.** I am appealing the Level 2 decision because:

Inmate signature     Date

Deposit your appeal in the box for inmate grievances

## FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons

Level 3 reviewer