# EXHIBIT C

Page: 1 Document Name: Session1

```
           CLASSIFICATION    NUMBER:    00261685 NAME: LOPEZ,RAMON
           TRANSACTION DATE:    02 15 2006      CLASSIFICATION TYPE:   RR

                                  RISK
     ESCAPE              4      SEV/VIOL OF OFF   4     VIOLENCE HISTORY   4
     LENGTH OF CNFNMT    4      DETAINERS         1
     DISCIPLINE          4      SEC RISK GROUP    4     OVERALL            4

MANAGEMENT SUBCODES:     HS A   P   DV CD

TS HOLD DATE .. / .. / ....         HH HOLD DATE .. / .. / ....
COMMENT:    SRGSTM (LATIN KING), PC SUSP 9/8/05-CD APPROVED 09/8/05

INMATE NEEDS       RANK     SUBCODES
MEDICAL             3       .....        DATE OF LAST R SCORE CHG 12/01/2004
MENTAL HEALTH       2       ....         % T.SERVED SINCE R SCORE CHG   10.45
EDUCATION           3       UN...
ALCOHOL/DRUG        4       ....         ASSIGNED FACILITY - 141
VOCATIONAL          3       UN
SEXUAL TRTMNT       3       V.           DATE OF NEXT REGULAR REVUE 08/16/2006
COMM. RESOURCES     1       L..          LAST UPDATED BY CRC0509
                                         ON 02/16/06 AT 16:45

CWQG          CT DEPT OF CORRECTION CLASSIFICATION DISPLAY - RT77
TRANSACTION: RT77   NUMBER:  00261685
```

Date: 4/13/ 6 Time: 01:50:19 PM

Page: 1 Document Name: Session1

```
                         DISCIPLINARY HISTORY                    PAGE   001
   NUMBER:    261685   NAME: LOPEZ,RAMON            TOTAL TICKETS:  40
   CURRENT LOCATION:   NORTHERN CI

    DATE     SEQ  FCLTY  OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
 02 04 2006   02   141   ASSAULT              PUNITIVE SEGREGATION 007 DAYS
                                                FROM 02/12/06 THRU 02/19/06
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                                FROM 03/15/06 THRU 04/14/06
                                              LOSS OF COMM. PRIV.  030 DAYS
                                                FROM 03/15/06 THRU 04/14/06
 02 04 2006   01   141   CONTRABAND CLASS A   PUNITIVE SEGREGATION 007 DAYS
                                                FROM 02/04/06 THRU 02/11/06
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                                FROM 02/12/06 THRU 03/14/06
                                              LOSS OF COMM. PRIV.  030 DAYS
                                                FROM 02/12/06 THRU 03/14/06
```

CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N     NUMBER:   00261685

*Handwritten note: Pages 1-17 Reflect I/m Lopez's Disciplinary History.*

Date: 4/13/ 6 Time: 01:49:25 PM

04/13/2006 14:31 FAX 360 763 8710    Northern C.I. Records    @005
Case 3:02-cv-01020-MRK    Document 209-4    Filed 04/27/2006    Page 4 of 19

Page: 1 Document Name: Session1

```
                         DISCIPLINARY HISTORY                    PAGE   002
   NUMBER:    261685  NAME: LOPEZ,RAMON          TOTAL TICKETS:   40
   CURRENT LOCATION:  NORTHERN CI

     DATE    SEQ  FCLTY  OFFENSE(S)           DISPOSITION(S)          AMOUNT(S)
  10 18 2005  01   141   CONTRABAND CLASS A   PUNITIVE SEGREGATION 015 DAYS
                                                FROM 10/18/05 THRU 11/01/05
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                                FROM 11/02/05 THRU 12/02/05
                                              LOSS OF SOC.VST PRIV 030 DAYS
                                                FROM 11/02/05 THRU 12/02/05
  07 29 2005  01   123   DISOBEY DIRECT ORDER PUNITIVE SEGREGATION 010 DAYS
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                              CONCURRENT WITH
  07 26 2005  01   123   THREATS              PUNITIVE SEGREGATION 020 DAYS
                                                FROM 07/26/05 THRU 08/14/05
                                              LOSS OF COMM. PRIV.  030 DAYS
                                                FROM 08/14/05 THRU 09/13/05
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                                FROM 08/14/05 THRU 09/13/05

CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685
```

Page: 1 Document Name: Session1

```
                         DISCIPLINARY HISTORY                    PAGE   003
   NUMBER:    261685   NAME: LOPEZ,RAMON            TOTAL TICKETS:   40
   CURRENT LOCATION:   NORTHERN CI

     DATE    SEQ  FCLTY  OFFENSE(S)            DISPOSITION(S)         AMOUNT(S)
  03 29 2005  01   125   SRG AFFILIATION       PUNITIVE SEGREGATION 015 DAYS
                                               CONFINED TO QUAR/UNT 015 DAYS
                                               LOSS OF TELEPH. PRIV 060 DAYS
  01 16 2004  01   141   SECURITY TAMPERING    PUNITIVE SEGREGATION 007 DAYS
                                                  FROM 00/00/00 THRU 01/22/04
                                               LOSS OF TELEPH. PRIV 030 DAYS
                                                  FROM 00/00/00 THRU 03/18/04
                                               LOSS OF SOC.VST PRIV 030 DAYS
                                                  FROM 00/00/00 THRU 02/22/04
  10 28 2003  01   141   SECURITY TAMPERING    PUNITIVE SEGREGATION 007 DAYS
                                                  FROM 00/00/00 THRU 11/04/03
                                               LOSS OF TELEPH. PRIV 030 DAYS
                                                  FROM 00/00/00 THRU 02/18/04
                                               LOSS OF COMM. PRIV.  030 DAYS
                                                  FROM 00/00/00 THRU 02/18/04
```

CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685

Date: 4/13/ 6 Time: 01:49:30 PM

```
Page: 1 Document Name: Session1

                         DISCIPLINARY HISTORY                    PAGE   004
   NUMBER:     261685   NAME: LOPEZ,RAMON            TOTAL TICKETS:   40
   CURRENT LOCATION:  NORTHERN CI

     DATE     SEQ   FCLTY   OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
  09 18 2003   01    141    FLAGRANT DISOBED.    PUNITIVE SEGREGATION 020 DAYS
                                                    FROM 00/00/00 THRU 10/19/03
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                    FROM 00/00/00 THRU 01/19/04
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                    FROM 00/00/00 THRU 01/19/04
  12 20 2002   02    141    CONTRABAND CLASS A   PUNITIVE SEGREGATION 007 DAYS
                                                    FROM 00/00/00 THRU 01/06/03
                                                 LOSS OF SOC.VST PRIV 030 DAYS
                                                    FROM 00/00/00 THRU 02/28/03
                                                 LOSS OF COMM. PRIV.  030 DAYS
                                                    FROM 00/00/00 THRU 03/24/03



  CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

  TRANSACTION: P/N     NUMBER:  00261685
```

Date: 4/13/ 6 Time: 01:49:32 PM

04/13/2006 14:31 FAX 860 763 8710      Northern C.I. Records           @008
Case 3:02-cv-01020-MRK    Document 209-4    Filed 04/27/2006    Page 7 of 19

Page: 1  Document Name: Session1

```
                         DISCIPLINARY HISTORY                   PAGE   005
   NUMBER:     261685   NAME: LOPEZ,RAMON              TOTAL TICKETS:   40
   CURRENT LOCATION:  NORTHERN CI

     DATE      SEQ  FCLTY   OFFENSE(S)          DISPOSITION(S)        AMOUNT(S)
  12 20 2002   01    141   FIGHTING           PUNITIVE SEGREGATION 007 DAYS
                                                 FROM 00/00/00 THRU 12/30/02
                                              LOSS OF SOC.VST PRIV 430 DAYS
                                                 FROM 00/00/00 THRU 01/29/03
                                              LOSS OF COMM. PRIV.  030 DAYS
                                                 FROM 00/00/00 THRU 02/22/03
  05 14 2002   01    141   FLAGRANT DISOBED.  PUNITIVE SEGREGATION 007 DAYS
                                                 FROM 00/00/00 THRU 05/23/02
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                                 FROM 00/00/00 THRU 03/26/03
                                              LOSS OF COMM. PRIV.  030 DAYS
                                                 FROM 00/00/00 THRU 01/23/03
```

CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N     NUMBER:  00261685

```
Page: 1  Document Name: Session1
```

```
                              DISCIPLINARY HISTORY                    PAGE   006
    NUMBER:     261685   NAME: LOPEZ,RAMON                    TOTAL TICKETS:   40
    CURRENT LOCATION:  NORTHERN CI

      DATE     SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)          AMOUNT(S)
 04 26 2002    01    141     INTERF.W/SAFE SECURT    PUNITIVE SEGREGATION 007 DAYS
                                                       FROM 00/00/00 THRU 05/16/02
                                                     LOSS OF TELEPH. PRIV 030 DAYS
                                                       FROM 00/00/00 THRU 02/26/03
                                                     LOSS OF COMM. PRIV.  030 DAYS
                                                       FROM 00/00/00 THRU 12/24/02
 03 18 2002    01    141     CONTRABAND CLASS A      PUNITIVE SEGREGATION 015 DAYS
                                                       FROM 00/00/00 THRU 05/09/02
                                                     LOSS OF TELEPH. PRIV 090 DAYS
                                                       FROM 00/00/00 THRU 01/27/03
                                                     LOSS OF COMM. PRIV.  090 DAYS
                                                       FROM 00/00/00 THRU 11/24/02
 03 17 2002    01    141     DISOBEY DIRECT ORDER    LOSS OF TELEPH. PRIV 010 DAYS
                                                       FROM 00/00/00 THRU 08/09/04


 CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

 TRANSACTION: P/N    NUMBER:  00261685
```

Date: 4/13/ 6 Time: 01:49:35 PM

Page: 1 Document Name: Session1

```
                          DISCIPLINARY HISTORY                    PAGE   007
    NUMBER:    261685    NAME: LOPEZ,RAMON           TOTAL TICKETS:    40
    CURRENT LOCATION:    NORTHERN CI

      DATE    SEQ  FCLTY  OFFENSE(S)            DISPOSITION(S)       AMOUNT(S)
   03 09 2002  01   141   INTERF.W/SAFE SECURT  PUNITIVE SEGREGATION 015 DAYS
                                                  FROM 00/00/00 THRU 04/24/02
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                  FROM 00/00/00 THRU 10/28/04
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                  FROM 00/00/00 THRU 08/25/04
   02 21 2002  01   141   INTERF.W/SAFE SECURT  PUNITIVE SEGREGATION 015 DAYS
                                                  FROM 00/00/00 THRU 04/09/02
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                  FROM 00/00/00 THRU 07/30/04
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                  FROM 00/00/00 THRU 05/27/04
```

CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00261685

Date: 4/13/ 6 Time: 01:49:37 PM

Page: 1 Document Name: Session1

```
                              DISCIPLINARY HISTORY                    PAGE   008
     NUMBER:    261685   NAME: LOPEZ,RAMON            TOTAL TICKETS:   40
     CURRENT LOCATION:   NORTHERN CI

       DATE    SEQ   FCLTY   OFFENSE(S)          DISPOSITION(S)         AMOUNT(S)
    02 13 2002  01    141    FLAGRANT DISOBED.   PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 03/25/02
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 05/01/04
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 02/26/04
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 06/04/02
    02 10 2002  01    141    INTERF.W/SAFE SECURT PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 03/10/02
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 02/01/04
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 11/27/03
```

CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685

Date: 4/13/ 6 Time: 01:49:38 PM

```
Page: 1 Document Name: Session1
```

```
                         DISCIPLINARY HISTORY                      PAGE   009
   NUMBER:    261685  NAME: LOPEZ,RAMON              TOTAL TICKETS:   40
   CURRENT LOCATION:  NORTHERN CI

    DATE      SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)       AMOUNT(S)
 02 02 2002    01    141    DISOBEY DIRECT ORDER    PUNITIVE SEGREGATION 010 DAYS
                                                      FROM 00/00/00 THRU 02/23/02
                                                    LOSS OF TELEPH. PRIV 090 DAYS
                                                      FROM 00/00/00 THRU 11/02/03
                                                    LOSS OF COMM. PRIV.  090 DAYS
                                                      FROM 00/00/00 THRU 08/28/03
 02 01 2002    01    141    DISOBEY DIRECT ORDER    PUNITIVE SEGREGATION 005 DAYS
                                                      FROM 00/00/00 THRU 02/13/02
                                                    LOSS OF TELEPH. PRIV 030 DAYS
                                                      FROM 00/00/00 THRU 08/04/03



 CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

 TRANSACTION: P/N    NUMBER:  00261685
```

Page: 1 Document Name: Session1

```
                            DISCIPLINARY HISTORY              PAGE   010
    NUMBER:     261685   NAME: LOPEZ,RAMON          TOTAL TICKETS:    40
    CURRENT LOCATION:  NORTHERN CI

     DATE      SEQ   FCLTY   OFFENSE(S)            DISPOSITION(S)        AMOUNT(S)
  01 18 2002    01    141    INTERF.W/SAFE SECURT  PUNITIVE SEGREGATION  015 DAYS
                                                     FROM 00/00/00 THRU 02/08/02
                                                   LOSS OF TELEPH. PRIV  090 DAYS
                                                     FROM 00/00/00 THRU 07/05/03
                                                   LOSS OF COMM. PRIV.   090 DAYS
                                                     FROM 00/00/00 THRU 05/30/03

  01 02 2002    01    141    CONTRABAND CLASS A    PUNITIVE SEGREGATION  015 DAYS
                                                     FROM 00/00/00 THRU 01/22/02
                                                   LOSS OF TELEPH. PRIV  090 DAYS
                                                     FROM 00/00/00 THRU 04/05/03
                                                   LOSS OF COMM. PRIV.   090 DAYS
                                                     FROM 00/00/00 THRU 03/01/03
                                                   LOSS OF SOC.VST PRIV  060 DAYS
                                                     FROM 00/00/00 THRU 04/05/02
```

CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685

Date: 4/13/ 6 Time: 01:49:42 PM

Page: 1 Document Name: Session1

```
                          DISCIPLINARY HISTORY                PAGE   011
   NUMBER:    261685   NAME: LOPEZ,RAMON          TOTAL TICKETS:    40
   CURRENT LOCATION:   NORTHERN CI

     DATE      SEQ  FCLTY  OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
  09 06 2001    01   141   THREATS              PUNITIVE SEGREGATION 015 DAYS
                                                  FROM 00/00/00 THRU 10/28/01
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                  FROM 00/00/00 THRU 10/06/02
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                  FROM 00/00/00 THRU 09/01/02
                                                LOSS OF SOC.VST PRIV 060 DAYS
                                                  FROM 00/00/00 THRU 01/05/01
  09 05 2001    01   141   ASSAULT ON DOC EMPL  PUNITIVE SEGREGATION 030 DAYS
                                                  FROM 00/00/00 THRU 11/28/01
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                  FROM 00/00/00 THRU 01/05/03
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                  FROM 00/00/00 THRU 12/01/02
                                                LOSS OF SOC.VST PRIV 060 DAYS
                                                  FROM 00/00/00 THRU 02/04/01
```

CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685

Date: 4/13/ 6 Time: 01:49:46 PM

```
Page: 1 Document Name: Session1

                          DISCIPLINARY HISTORY              PAGE   012
    NUMBER:    261685  NAME: LOPEZ,RAMON         TOTAL TICKETS:    40
    CURRENT LOCATION:  NORTHERN CI

      DATE    SEQ   FCLTY  OFFENSE(S)           DISPOSITION(S)          AMOUNT(S)
   08 31 2001  02   141    CAUSING DISRUPTION   PUNITIVE SEGREGATION 010 DAYS
                                                   FROM 00/00/00 THRU 10/13/01
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 06/01/02
   08 31 2001  01   141    INTERF.W/SAFE SECURT PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 10/03/01
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 07/07/02
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 03/02/02




CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685
```

Page: 1 Document Name: Session1

```
                          DISCIPLINARY HISTORY                    PAGE   013
   NUMBER:    261685   NAME: LOPEZ,RAMON              TOTAL TICKETS:   40
   CURRENT LOCATION:   NORTHERN CI

    DATE     SEQ  FCLTY  OFFENSE(S)             DISPOSITION(S)         AMOUNT(S)
 07 19 2001   01   141   INTERF.W/SAFE SECURT   PUNITIVE SEGREGATION   015 DAYS
                                                  FROM 00/00/00 THRU 09/04/01
                                                LOSS OF TELEPH. PRIV   090 DAYS
                                                  FROM 00/00/00 THRU 04/08/02
                                                LOSS OF COMM. PRIV.    090 DAYS
                                                  FROM 00/00/00 THRU 12/03/01
                                                LOSS OF SOC.VST PRIV   060 DAYS
                                                  FROM 00/00/00 THRU 11/06/01
 07 08 2001   01   141   VIOL OF UNIT RULES     LOSS OF TELEPH. PRIV   030 DAYS
                                                  FROM 00/00/00 THRU 02/08/02
```

CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00261685

Date: 4/13/ 6 Time: 01:49:53 PM

Page: 1 Document Name: Session1

```
                        DISCIPLINARY HISTORY                    PAGE   014
   NUMBER:    261685   NAME: LOPEZ,RAMON              TOTAL TICKETS:   40
   CURRENT LOCATION:   NORTHERN CI

    DATE     SEQ   FCLTY   OFFENSE(S)          DISPOSITION(S)        AMOUNT(S)
 05 22 2001   01    141    THREATS          PUNITIVE SEGREGATION 007 DAYS
                                               FROM 00/00/00 THRU 07/01/01
                                            LOSS OF TELEPH. PRIV 030 DAYS
                                               FROM 00/00/00 THRU 01/09/02
                                            LOSS OF SOC.VST PRIV 030 DAYS
                                               FROM 00/00/00 THRU 09/07/01
 05 11 2001   01    141    THREATS          PUNITIVE SEGREGATION 015 DAYS
                                               FROM 00/00/00 THRU 06/24/01
                                            LOSS OF SOC.CORRESP. 020 DAYS
                                               FROM 00/00/00 THRU 08/28/01
                                            LOSS OF SOC.CORRESP. 030 DAYS
                                               FROM 00/00/00 THRU 06/21/01
```

CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00261685

Date: 4/13/ 6 Time: 01:49:55 PM

Page: 1 Document Name: Session1

```
                        DISCIPLINARY HISTORY                    PAGE   015
   NUMBER:    261685    NAME: LOPEZ,RAMON           TOTAL TICKETS:   40
   CURRENT LOCATION:    NORTHERN CI

    DATE      SEQ  FCLTY  OFFENSE(S)           DISPOSITION(S)         AMOUNT(S)
 05 05 2001   02    114   DESTR. OF PROP. A    LOSS OF TELEPH. PRIV 030 DAYS
                                                  FROM 00/00/00 THRU 11/11/01
                                               LOSS OF SOC.CORRESP. 030 DAYS
                                                  FROM 00/00/00 THRU 07/20/01
                                               RESTIT.FOR THEFT/DAM 400 DLLR
 05 05 2001   01    141   THREATS              PUNITIVE SEGREGATION 015 DAYS
                                                  FROM 00/00/00 THRU 06/09/01
                                               LOSS OF SOC.CORRESP. 015 DAYS
                                                  FROM 00/00/00 THRU 08/08/01
                                               LOSS OF TELEPH. PRIV 030 DAYS
                                                  FROM 00/00/00 THRU 12/10/01




 CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

 TRANSACTION: P/N    NUMBER:   00261685
```

Date: 4/13/ 6 Time: 01:49:58 PM

04/13/2006 14:33 FAX 860 763 8710　　Northern C.I. Records　　☒019
Case 3:02-cv-01020-MRK   Document 209-4   Filed 04/27/2006   Page 18 of 19

Page: 1  Document Name: Session1

```
                          DISCIPLINARY HISTORY                  PAGE  016
   NUMBER:    261685  NAME: LOPEZ,RAMON          TOTAL TICKETS:   40
   CURRENT LOCATION:  NORTHERN CI

     DATE     SEQ  FCLTY  OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
   05 03 2001  04   114   ASSAULT ON DOC EMPL  PUNITIVE SEGREGATION  015 DAYS
                                                 FROM 00/00/00 THRU 07/09/01
                                               LOSS OF SOC.CORRESP.  030 DAYS
                                                 FROM 00/00/00 THRU 10/12/01
                                               LOSS OF SOC.VST PRIV  030 DAYS
                                                 FROM 00/00/00 THRU 08/08/01
   05 03 2001  03   141   DESTR. OF PROP. A    PUNITIVE SEGREGATION  015 DAYS
                                                 FROM 00/00/00 THRU 05/25/01
                                               LOSS OF SOC.CORRESP.  015 DAYS
                                                 FROM 00/00/00 THRU 09/12/01
   05 03 2001  02   114   SANITARY/HOUS VIOL   LOSS OF COMM. PRIV.   020 DAYS
   05 03 2001  01   114   DISOBEY DIRECT ORDER PUNITIVE SEGREGATION  005 DAYS
                                               CONFINED TO QUAR/UNT  020 DAYS


   CWQG 04/13/06  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

   TRANSACTION: P/N    NUMBER:  00261685
```

```
Page: 1 Document Name: Session1
```

```
                              DISCIPLINARY HISTORY                  PAGE  017
   NUMBER:     261685   NAME: LOPEZ,RAMON              TOTAL TICKETS:    40
   CURRENT LOCATION:  NORTHERN CI

      DATE    SEQ   FCLTY   OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
   05 01 2001  01    114    DISOBEY DIRECT ORDER PUNITIVE SEGREGATION  005 DAYS
                                                 LOSS OF TELEPH. PRIV  020 DAYS
   08 25 1999  01    115    CAUSING DISRUPTION   PUNITIVE SEGREGATION  005 DAYS
                                                 SUSPENDED             060 DAYS
                                                   FROM 00/00/00 THRU 10/25/99
                                                 LOSS OF TELEPH. PRIV  030 DAYS
                                                   FROM 00/00/00 THRU 09/25/99
   08 13 1999  01    115    DISOBEY DIRECT ORDER LOSS OF RECREATION    015 DAYS
                                                   FROM 00/00/00 THRU 08/27/99



   CWQG 04/13/06   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.
   DISCIPLINARY DISPLAYS -
   TRANSACTION: RT67   NUMBER:  00261685
```

Date: 4/13/ 6 Time: 01:50:02 PM