UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAMON LOPEZ<br>*Plaintiff*, | : | CIV. NO. 3:02 CV 1020 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JAMES SMILEY, ET AL.<br>*Defendants*. | : | MAY 15, 2006 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Ramon Lopez, and the defendants, James Smiley, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice in accordance with the attached Stipulated Settlement. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994), except that the parties entreat the Court to maintain jurisdiction over the settlement agreement, Id. 551 U.S. at 381-382, and they further move the Court for an order accordingly.

PLAINTIFF
Ramon Lopez

BY: _____
Erskine D. McIntosh, Esq.
The Law Offices of
   Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364
Tel No. (203) 787-9994
FAX (203) 848-1213
Federal Bar No. ct09743

DEFENDANTS
James Smiley, et al.

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. ct05222

## CERTIFICATION

This certifies that the foregoing was mailed this 24th day of May, 2006, to:

Erskine D. McIntosh, Esq.
The Law Offices of
   Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

/s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General