UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAMON LOPEZ<br>*Plaintiff,* | : CIV. NO. 3:02 CV 1020 (MRK)<br>:<br>: |
| v. | : |
| JAMES SMILEY, ET AL.<br>*Defendants.* | : MAY 15, 2006 |

## STIPULATED SETTLEMENT

WHEREAS, the above-entitled action was brought by Ramon Lopez, as plaintiff, against numerous present or former State of Connecticut officials and employees, including Correctional Officer James Smiley, Correctional Officer Winston Farley, Lieutenant Dennis Oglesby, Captain William Faneuff, Grievance Coordinator John Ouellet, Correctional Officer John Galinski, Correctional Officer Daniel Stewart, Nurse Lynn Nordell, Correctional Officer Ronald Young, Warden Larry Myers, Major Thomas Coates, Lieutenant Scott Salius, Major Michael Lajoie, Deputy Commissioner Peter Matos, Medical Supervisor Patricia Wollenhaupt, Captain Michael Zacharewicz, Captain Christine Whidden, Commissioner John Armstrong, Deputy Commissioner Dennis Coyle, Deputy Commissioner Jack Tokarz and Nurse Saundra Katz-Feinberg, charging the defendants with causing the plaintiff to sustain certain injuries; and

WHEREAS this case was previously dismissed as to John Armstrong, Dennis Coyle and Jack Tokarz and they were not named in subsequent Amended Complaints allowed by the court; and

WHEREAS this case was previously dismissed as to Saundra Katz-Feinberg and plaintiff's applications to reinstate his lawsuit as to this original defendant and/or her estate following her death were denied; and

WHEREAS the plaintiff and the defendants are desirous of settling the above-referenced action now pending between them; and

WHEREAS, the plaintiff and defendants agree that settlement of all of the issues raised by the above referenced action would best serve the interests of the parties; and

WHEREAS, the plaintiff, by and through his attorney, has consented and does hereby consent to this Stipulated Settlement and agrees to be bound thereby; and

WHEREAS, the defendants, by and through their undersigned counsel, have consented and do hereby consent to this Stipulated Settlement and agree to be bound thereby;

NOW, THEREFORE, without trial or adjudication of any of the issues of fact or law raised by the complaint herein, or which could have been raised therein, the parties hereby stipulate and agree as follows:

1. The plaintiff shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit with respect the defendants, and shall execute and deliver, in advance, a General Release satisfactory to the defendants.

2. Following dismissal of this lawsuit pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as discussed above, and receipt of the signed General Release, the State of Connecticut shall pay to the plaintiff the sum of thirty three thousand seven hundred and sixty nine dollars ($33,769.00) by a check made payable to "Erskine D. McIntosh, Esq., Trustee for Ramon Lopez".

3.  The payment, set forth above, shall be a full and complete satisfaction of all damages, costs and fees, of any kind whatsoever, including attorney's fees, respecting the defendants Correctional Officer James Smiley, Correctional Officer Winston Farley, Lieutenant Dennis Oglesby, Captain William Faneuff, Grievance Coordinator John Ouellet, Correctional Officer John Galinski, Correctional Officer Daniel Stewart, Nurse Lynn Nordell, Correctional Officer Ronald Young, Warden Larry Myers, Major Thomas Coates, Lieutenant Scott Salius, Major Michael Lajoie, Deputy Commissioner Peter Matos, Medical Supervisor Patricia Wollenhaupt, Captain Michael Zacharewicz, Captain Christine Whidden, Commissioner John Armstrong, Deputy Commissioner Dennis Coyle, and Deputy Commissioner Jack Tokarz, and as to Nurse Saundra Katz-Feinberg, in their individual and official capacities, and the Estate of Saundra Katz-Feinberg, and all present or former officers, employees and agents of the State of Connecticut, in their individual and official capacities and the State of Connecticut itself and all of its agencies, which Ramon Lopez, his heirs, successors, assigns and representatives ever had, now have, or hereafter can, shall or may have for, upon or by any reason or any matter, cause or thing whatsoever from the beginning of the world to the date of this Stipulated Settlement which are stated in or arise out of the factual incidents as set forth in his Complaint filed June 13, 2002, as amended, or which could have been set forth therein.

4.  It is expressly agreed and understood that the payment of the aforesaid sum and the fulfillment of the conditions in this stipulated settlement are not an admission of wrongdoing or liability on the part of any of the defendants to this action or of any other present or former officer, agent or employee of the State of Connecticut in their individual and official capacities, or of the State of Connecticut itself or any of its agencies, but rather constitutes a compromised settlement of the disputed claims made in the action set forth above.

5. It is further agreed and understood that the payment to the Trustee for the plaintiff in this settlement shall be exempt from collection by the State Financial Services Center respecting plaintiff's reimbursable debts owed to the State, including costs of incarceration, but no debts shall be excused.

6. The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the motion for order of dismissal, referenced to in paragraph 1 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

7. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees and expenses, including any attorney's fees.

8. The Clerk may be directed to close this case.

PLAINTIFF
Ramon Lopez

BY: _____
Erskine D. McIntosh, Esq.
The Law Offices of
    Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364
Tel No. (203) 787-9994
FAX (203) 848-1213
Federal Bar No. ct09743

DEFENDANTS
James Smiley, et al.

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. ct05222

## CERTIFICATION

This certifies that the foregoing was mailed this 24th day of May, 2006, to:

Erskine D. McIntosh, Esq.
The Law Offices of
   Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

_____
Robert F. Vacchelli
Assistant Attorney General